SDI # 091083    G-16T



**ALASKA DEPARTMENT OF CORRECTIONS**
**AUTHORIZATION for RELEASE of HEALTH INFORMATION**
Health Information Services
1400 E. 4th Avenue
Anchorage, AK. 99501
**Medical Phone: 269-4217 / Fax: 269-4244**
**Mental Health: 907-269-4242 / Fax: 907-269-4110**

284883

FAXED

Patient Name: Scott Jackson    Birth date: __ . 1961    SSN: _____

I request and authorize to release (in written and/or oral format) the information specified below;

| Records released From/To: | Records released To/From: |
|---|---|
| Name/Agency: Central Medical Records | Name/Agency: Self |
| Address: 1400 E 4th Ave. | Address: _____ |
| Anchorage, AK 99654 | _____ |
| Email: doc.medical-records@alaska.gov | _____ |
| Phone: 907-269-4217  Fax: 907-269-4244 | Phone: _____  Fax: _____ |

**Specific information to be released: Dated from:** _____  **To:** _____

Records or Information to be released (Please check all that apply)

| | | |
|---|---|---|
| ☐ Admission Records | ☐ Immunization History | ☐ Drug & Alcohol |
| ☐ Diagnostic Reports | ☐ Laboratory Results | ☐ Psychiatric Evaluations |
| ☐ Discharge Summaries | ☐ Medical History/Records | ☐ Substance Use Screening, Assessments & Evaluations |
| ☐ HIV Status/Treatment | ☐ Medical Screening & Assessments | ☐ TB Status/Treatment |
| ☐ STD Status and Treatment | ☐ Medications (please attach list) | ☐ Treatment Plan |
| ☐ Mental Health & Psychiatric Evaluations | ☐ Behavioral Health Screening, Assessments & Evaluations | ☐ EMS Report/Run Sheets: |
| | | ☑ Other(specify): Visit note from 3/2/24 regarding medical |

Disclosure is being made for the purpose(s) listed below:

| | | |
|---|---|---|
| ☐ Continuing Medical Care | ☒ Legal | ☐ Judicial/Court |
| ☐ Insurance | ☐ Other (please specify): | |

_SJ_ (Initial) I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the Health Information Services Department. I understand that the revocation will not apply to information that has already been released in response to this authorization. I further understand unless otherwise revoked, this authorization will expire on the following date, event, or condition: _____, not to exceed 180 days from the date of signature. I understand if the requester is not a health plan or health care provider; the released information may no longer be protected by the federal privacy regulations and may be re-disclosed.

_SJ_ (Initial) I understand that the use of this information for any reason other than stated above is prohibited and that disclosure of this information to other parties is strictly prohibited except to those parties contracted by the Department of Corrections to assist in providing diagnosis and/or treatment for me while I am incarcerated.

_SJ_ (Initial) I authorize the use of a telefax (FAX) of this form to be used as the original for the release or disclosure of the information.

Signature _____    Date 6/24/24

Witness _Cynthia Day RN 111_    Date 6/24/24

RECIPIENT INFORMATION: If the information released pertains to alcohol or drug abuse, the confidentiality of the information is protected by federal law (CFR 42 Part 2) prohibiting you from making any further disclosure of this information without the specific written authorization of the person to whom it pertains or as otherwise permitted by CFR 42 Part 2. A general authorization for the release of medical or other information if held by another party is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Health Information Services, Anchorage Correctional Complex East, 1400 E. 4th Ave., Anchorage Alaska 99501
Phone: (907)269-4245 Fax: (907)269-4244 Email: doc.medical-records@alaska.gov
*Department of Corrections Form #807.06H*
*Rev. 11/22/2023*

**SCOTT JACKSON**
MRN :
Birthday : 1961
Visited on: 2023 Mar 03 16:15 (Age at visit: 61 years)

Phone : 9073883675
Electronically signed by: PAUL FINCH, PA-C on 2023-03-03 04:58 PM

| CC | Sublocade |

---

**North Country Medical**
628 2nd St Ste 201B, Fairbanks, AK 99701-3466

**SOAP Note**

**SCOTT JACKSON**
MRN :
Birthday : 1961-10-04
Visited on: 2023 Jan 24 15:30 (Age at visit: 61 years)

Phone : 9073883675
Electronically signed by: PAUL FINCH, PA-C on 2023-01-25 02:00 PM

| CC | sublocade |

## Subjective

Doing well, on schedule, opioid compliant, no ill effects, no cravings, no relapse, wishes to continue.

## Medications

buprenorphine ER 100 mg/0.5 mL solution,exten.rel.subcutaneous syringe, 1 subcutaneously once a month
Narcan 4 mg/actuation nasal spray, 1 spray(s) in each nostril use as directed as needed
Suboxone 8 mg-2 mg sublingual film, 1-3 strip(s) sublingually once a day x7 days
ROBAXIN-750 TABLET, 1 tab(s) orally 2 times a day as needed
ondansetron 8 mg disintegrating tablet, 1 tab(s) sublingually 3 times a day as needed
Levsin 0.125 mg tablet, 1 tab(s) orally 2 times a day as needed
cloNIDine HCL 0.1 mg tablet, 1/2 - 1 tab(s) orally 2 times a day as needed for withdrawal symptoms

## Allergies

No known allergies

## Objective

GEN: NAD
RESP: nonlabored breathing, no use of accessory of muscles of respiration
DERM: skin warm and dry
NEURO: AO x 3
PSYCH: judgment/insight intact, NL mood/affect

## Assessment

Opioid dependence (F11.20/304.00) Opioid dependence, uncomplicated (chronic) modified 4 Aug, 2017

## Plan

### Opioid dependence

Local subQ infiltration anterior LLQ abdomen of 3ml plain lidocaine 1% then sublocade 100mg injection subQ.
lot k228104us exp 1/24
RTC 4 wks
Urged peer/pro/spirit support
Continue course

---



... wide variability was seen across subjects. Complete blockade continued throughout the
... SUBLOCADE injection *[see Clinical Studies (14.1]*.
n buprenorphine plasma level and drug follow after 18 ...
...morphine Concentration Follow...

8.7 Renal Impairment
9 DRUG ABUSE AND DEPENDENCE
  9.1 Controlled Substance
  9.2 Abuse
  9.3 Dependence
10 OVERDOSAGE
11 DESCRIPTION
12 CLINICAL PHARMACOLOGY
  12.1 Mechanism of Action
  12.2 Pharmacodynamics
  12.3 Pharmacokinetics
13 NONCLINICAL TOXICOLOGY
  13.1 Carcinogenesis, Mutagenesis, Impairment
       of Fertility
14 CLINICAL STUDIES
  14.1 Study 13-0002, NCT02044294
  14.2 Study 13-0001, NCT02357101
16 HOW SUPPLIED/STORAGE AND HANDLING
17 PATIENT COUNSELING INFORMATION

* Sections or subsections omitted from the full prescribing
information are not listed.

Titration of Patients Established on Long-term Treatment with Transmucosal Buprenorphine: Patients established on long-term treatment with transmucosal buprenorphine (8-24 mg/day) and whose disease symptoms are controlled may be directly transitioned to SUBLOCADE *[see Table 1]*. At steady-state, buprenorphine plasma concentrations achieved with 100-mg monthly dosing are contained within the range obtained with transmucosal treatment; peak concentrations with SUBLOCADE may be lower, while average and trough concentrations may be higher. Actual differences in steady-state levels need to be taken into consideration when transitioning a patient established on transmucosal treatment when the achieved buprenorphine of SUBLOCADE. *[see Clinical Pharmacology (12.3), Table 1]*

Table 1 Transition of Patients Established on Long-term Treatment with Transmucosal Buprenorphine Whose Disease Symptoms are Controlled

|  |  |  |  |
|---|---|---|---|
| 8 – 18 mg/day | 300 mg | 100 mg* | 100 mg |
| 20 – 24 mg/day | 300 mg | 300 mg | 100 mg |

*For patients still experiencing craving or withdrawal symptoms after the initial 300-mg dose, consider giving 300 mg as the second dose

2.6 Clinical Supervision
Periodic assessment is necessary to determine effectiveness of the treatment plan and overall patient progress. When evaluating the patient, examine the injection site for signs of irritation or evidence of tampering or attempts to remove the depot.
Due to the chronic nature of opioid use disorder, the need for continuing medication-assisted treatment should be re-evaluated periodically. There is no maximum recommended duration of maintenance treatment. For some patients, treatment may continue indefinitely. If considering stopping treatment, the clinical status of the patient should be considered.
If SUBLOCADE is discontinued, its extended-release characteristics should be considered and the patient should be monitored for several months for signs and symptoms of withdrawal and treated appropriately. After steady-state has been achieved (4-6 months), patients discontinuing SUBLOCADE may have detectable plasma and urine levels of buprenorphine for twelve months or more *[see Clinical Pharmacology (12.3)]*.

2.9 Instructions for Use
IMPORTANT INFORMATION:
• For abdominal subcutaneous injection only. Do not inject intravenously, intramuscularly, or intradermally *[see Warnings and Precautions (5.1, 5.6)]*.
• To be prepared and administered by a healthcare provider only.
• Read the instructions carefully before handling the product.
• As a universal precaution, always wear gloves.
• Remove SUBLOCADE from the refrigerator prior to administration. The product requires at least 15 minutes to reach room temperature. Do not open the foil pouch until the patient has arrived for his or her injection.
• Discard SUBLOCADE if left at room temperature for longer than 7 days.
• Do not attach the needle until time of administration.

STEP 1: GETTING READY
Remove the foil pouch and safety needle from the carton. Open the pouch and remove the syringe.
Discard the oxygen absorber pack. It is not needed.

Figure 1



syringe

safety
needle

STEP 2: CHECK THE LIQUID CLARITY
Check that the medication does not contain contaminants or particles. SUBLOCADE ranges from colorless to yellow to amber. Variations of color within this range do not affect the potency of the product.
... should not be inspected for ... particulate matter and discoloration prior to administration, whenever solution and container permit.

Figure 2



STEP 3: ATTACH THE SAFETY NEEDLE
Remove the cap from the syringe and the safety needle supplied in the carton from its sterile package. Gently twist the needle clockwise until it is tight and firmly attached.
Do not remove the plastic cover from the needle.

Figure 3



Case 3:24-cv-00216-SLG   Document 1-1   Filed 10/03/24   Page 3 of 115



**THE STATE of ALASKA**
GOVERNOR MIKE DUNLEAVY

**Department of Corrections**

Division of Institutions
Director's Office

550 W. 7th Ave. Suite 1800
Anchorage, AK 99501
Main: 907-334-2381

**Date:** September 5, 2024

**Inmate Name:** Jackson, Scott #284883

**Institution:** Goose Creek Correctional Center

**Re:** Public Records Act request

**Your letter is being returned with following action:**

☐ Referred back to institution for response/resolution

☐ Failure to go through the proper chain of command

☐ Failure to follow the Classification, Disciplinary or Grievance Appeal process

☐ Lack of Jurisdiction of this department

☐ Issue previously addressed in a Classification, Disciplinary or Grievance Appeal forum

☑ Other

Mr. Jackson, this is in response to your correspondence to the Director received August 16, 2024. This request is being treated as a Public Records Act request. I am forwarding your request to the ADOC Public Information Officer Betsy Holley for a response. Thank you for reaching out.

Sincerely,

Sandra Martinson
**Division Operations Manager**

Cc: ADOC Public Information Officer Betsy Holley

Scott E. Jackson #284883
George Beebe Correctional Center
22301 West Alsop Road
Wasilla, Alaska 99623

Director of Institutions
550 West 7th Ave
Anchorage, Alaska 99501

legal mail

99501-35719

Received
Dept of Corrections

AUG 16 2024

Institutions
Director's Office

legal mail

ALASKAN FRONTIER 995

9 AUG 2024 PM 1½

quadient

FIRST-CLASS MAIL
IMI
$000.69
08/09/2024 ZIP 99554
043M31247126

US POSTAGE

legal mail

TO: Director of Institutions Dept. of Corrections - State of Alaska

The intent & purpose of this letter is due to the information that I recently sent you on a incedent that happend back in February 28/2024. Being wrongfully accuessed of positive u/a for Bup?. From a Sublocade Shot that has been perscribed to me seens 2017 thru 2023. My request is a list of Full names for these employee's that are employed with Dept. of Corrections For legal purpose. ("See name Below")

Point Mackenzie Farm employee's

| Superintendent - Moore | LT - Flint |
| SSGT - Amand | Officer - Burkett |
| SGT - Robinson | Officer - Vandike |
| LT - Dyer | |

Goose Creek Employee's

| Superintendent - Flowerdew | SSGT - McEmury |
| Superintendent - Jones | SGT - Kline |
| SGT - Hall | P.O. III Rodrigues |
| P.O. - Scarborough | P.O. III Thomson |
| P.O. - Ham | P.O. Gilroy |
| P.O. - Cole | |

Scott E. Jackson

8/8/2024

Scott E. Jackson
Signature Restricted



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# **Request For Interview Form:**

### SECURITY – White    MEDICAL - Yellow
### (NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott Jackson | Institution: | Goose Creek Correctional Center | |
|---|---|---|---|---|
| Offender #: | 254883 | Mod / Quad: | Gulf  16 | Date: 8/13/24 |
| DOB: | NA | How long has the problem existed? | | |

To: LT Flint : Point Mackenzie Correctional Farm

Request: The intent & perpose of this Notice is truth & Fact I need you Full name, government position/title For legal perposes (status ① Official & ② Individual.

Prisoner Signature: *(Restricted)* _[signature]_

| Action Taken: | | |
|---|---|---|
| | | |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Final Action Taken: Sir, You sent 8 RFI's about this topic when only 1 was needed. It appears that You have names and position titles as several staff were addressed in these RFI's. Excessive RFI's can place an RFI restriction by IMR.

| Employee Signature: | Employee Printed Name: Lt. Flint | Date: 8-28-24 |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Distribution:    Security RFI:
                  Original to prisoner case record.
                  Copy to Prisoner. (Unless response was made verbally.)

Medical RFI:
Original scanned in to EHR and then to medical records.
Copy to prisoner.

DOC, Form 808.11A                                                    Page 1 of 1                                              Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

### SECURITY – White    MEDICAL - Yellow
### (NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott Jackson | Institution: | Goose Creek Correctional Center | |
|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf 16 | Date: 8/13/24 |
| DOB: | N/A | How long has the problem existed? | | |

To: SGT Robinson : Point Mackenzie Correctional Farm
Request: The intent & perpose of this Notice is truth & fact. I need your Full name, goverment position/title For legal perpose's (Status ① OFFical & ② Individual.

Prisoner Signature: (Restricted) _[signature]_

| Action Taken: | | |
|---|---|---|
| Employee Signature: | Employee Printed Name: | Date: |

| Final Action Taken: | | |
|---|---|---|
| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
    Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**    **Security RFI:**
    Original to prisoner case record.
    Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.

DOC, Form 808.11A

Rev: 09/17/18



# Request For Interview Form:

**SECURITY – White     MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | Goose Creek Correctional Center | |
|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf  1G | Date: 8/13/24 |
| DOB: | N/a | How long has the problem existed? | | |

To: LT Dyer & Point Mackenzie Correctional Farm

Request: The intent & perpose of this Notice is truth & fact I need your full name, government position/title for legal perpose's (status ① Offical & ② Individaul.

(Restricted) Prisoner Signature: _[signature]_

| Action Taken: | |
|---|---|
| | |
| | |
| | |
| Employee Signature: | Employee Printed Name: | Date: |

| Final Action Taken: | |
|---|---|
| | |
| | |
| | |
| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**

**Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

### SECURITY – White     MEDICAL - Yellow
### (NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott Jackson | Institution: | Goose Creek Correctional Center | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf   16 | Date: | 8/13/24 |
| DOB: | N/a | How long has the problem existed? | | | |

To: Po Cole

Request: The intent & perpose of this Notice is truth & Fact. I need your Ful name, government position/title for legal perpose's (Status @ Official @ Individual.

Prisoner Signature: (Restricted)

Action Taken:

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Final Action Taken:

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
    Requests are to be responded to within a reasonable time frame after receipt.

| Distribution: | Security RFI: | Medical RFI: |
|---|---|---|
| | Original to prisoner case record. | Original scanned in to EHR and then to medical records. |
| | Copy to Prisoner. (Unless response was made verbally.) | Copy to prisoner. |



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White      MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | | Institution: | Goose Creek Correctional Center | |
|---|---|---|---|---|---|
| Offender #: | 284 883 | | Mod / Quad: | Golf 16 | Date: 8/13/24 |
| DOB: | NA | How long has the problem existed? | | | |

To: Officer Burkett: Point mackenzie Correctional Farm

Request: The intent & purpose of this Notice is truth & fact I need
your Full name, government position/title for legal perpose's
(Status ① offical ② Individual.

Prisoner Signature: (Redacted)

| Action Taken: | | |
|---|---|---|
| | | |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

| Final Action Taken: | | |
|---|---|---|
| | | |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**   **Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.

DOC, Form 808.11A                    Page 1 of 1                    Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# **Request For Interview Form:**

**SECURITY – White    MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | Goose Creek Correction Center | |
|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf 16 | Date: 8/13/24 |
| DOB: | N/A | How long has the problem existed? | | |

To: Officer Vandike: Point mackenzie Correctional Farm

Request: The intent & perpose of this Notice is truth & Fact. I need your Full name, goverment position / title. For legal perpose's (status ① OFFical & ② Individual.

~~Prisoner~~ Signature:
(Restricted) _(signature)_

**Action Taken:**

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

**Final Action Taken:**

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**

**Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.

DOC, Form 808.11A

Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White    MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | Goose Creek Correction Center | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf 16 | Date: | 8/13/24 |
| DOB: | N/A | How long has the problem existed? | | | |

To: SSGT Amand : Point Mackenzie Correctional Center

Request: The intent & perpose of this Notice is truth & Fact. I need your Full name, goverment position/title for legal perposeis (status ① Offical ② Individaul.

Prisoner Signature: (Restricted) _[signature]_

| Action Taken: | |
|---|---|
| | |
| | |
| | |
| | |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

| Final Action Taken: | |
|---|---|
| | |
| | |
| | |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**   **Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.

DOC, Form 808.11A                 Page 1 of 1                 Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White     MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | Goose Creek Correctional Center | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf    16 | Date: | 8/13/24 |
| DOB: | N/A | How long has the problem existed? | | | |

To: Superintendet Scott moore : Point Mackenzie Correctional Farm

Request:   The intent & perpose of this Notice is truth & Fcat. I need your Full name, governent position/title for legal perposes (Status ① OFFical ② Individual.

Prisoner Signature: _[signature]_
(Restricted)

| Action Taken: | |
|---|---|
| | |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

| Final Action Taken: | |
|---|---|
| | |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions:  Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**       **Security RFI:**                                                **Medical RFI:**
                        Original to prisoner case record.                        Original scanned in to EHR and then to medical records.
                        Copy to Prisoner. (Unless response was made verbally.)    Copy to prisoner.



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

SECURITY – White    MEDICAL - Yellow
(NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott Jackson | Institution: | Goose Creek Correctional Center | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf    16 | Date: | 8/21/24 |
| DOB: | N/A | How long has the problem existed? | | | |

To: Disciplinary Dept. Attn: Mr. Kline, Your response to my
Request: 8/13/24 request for you to provide your full name -
individual capacity / official capacity (status) for Legal
& Civil purposes, is not only arrogant, but obstructive in
Nature.

I'm giving you another opportunity to provide me with
the requested information. You are a defendant upon
certain litigation and the information is required, one
way or another.

    Thank You in advance...
                    Respectfully / Peacefully,
~~Prisoner~~ (Signature)
(Restricted)
                    without Prejudice or Recourse.

Action Taken: When the Courts ask for this information
I will then provide it to them

| Employee Signature: | | Employee Printed Name: SSgt Kline | Date: 8/26/24 |
|---|---|---|---|

| Final Action Taken: | | | |
|---|---|---|---|

| Employee Signature: | | Employee Printed Name: | Date: |
|---|---|---|---|

Check here if response to prisoner was made verbally: ☐ (Not allowed for Medical RFIs.)

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
    Requests are to be responded to within a reasonable time frame after receipt.

Distribution:    Security RFI:
    Original to prisoner case record.
    Copy to Prisoner. (Unless response was made verbally.)

Medical RFI:
    Original scanned in to EHR and then to medical records.
    Copy to prisoner.

DOC, Form 808.11A                    Page 1 of 1                    Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White     MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | Goose Creek Correctional Center | |
|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf 16 | Date: 8/13/24 |
| DOB: | N/A | How long has the problem existed? | | |

To: PO, Gilroy

Request: The intent & purpose of this Notice is truth & fact. I need your full name, government position/title for legal purposes (Status ① Official ② Individual.

(Prisoner Signature: _[signature]_
(Restricted)

Action Taken: Tricia Gilroy Adult Probation Officer 2

| Employee Signature: _[signature]_ | Employee Printed Name: | Date: 8/29/24 |
|---|---|---|

| Final Action Taken: | | |
|---|---|---|
| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
　　　　　　Requests are to be responded to within a reasonable time frame after receipt.

Distribution:　　**Security RFI:**　　　　　　　　　　　　　**Medical RFI:**
　　　　　　Original to prisoner case record.　　　　　　Original scanned in to EHR and then to medical records.
　　　　　　Copy to Prisoner. (Unless response was made verbally.)　　Copy to prisoner.

DOC, Form 808.11A　　　　　　　　　Page **1** of **1**　　　　　　　　　Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White     MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | GCCC | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Gouf 16 B | Date: | 8/13/24 |
| DOB: | N/A | How long has the problem existed? | | | |

To: Superintendent - Flowerdew

Request: The intent & perpose OF this Notice is truth & Fact. I need your full name, goverment position/title For legal perposes (Status ① oFFical ② Individual.

Prisoner Signature:
(Restricted)

| Action Taken: | |
|---|---|
| Employee Signature: | Employee Printed Name: | Date: |

| Final Action Taken: | |
|---|---|
| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**     **Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.

DOC, Form 808.11A

Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White     MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | LCCC | | | Date: | 8/13/24 |
|---|---|---|---|---|---|---|---|
| Offender #: | 289883 | Mod / Quad: | Golf | IL | B | | |
| DOB: | N/A | How long has the problem existed? | | | | | |

To: Superintendent James

Request: The intent & perpose of this Notice is truth & Fact. I need your Full name goverment position / title for legal perposes (Status ① offical ② Individual

~~Prisoner~~ Signature:
(Restricted)

| Action Taken: | |
|---|---|
| | |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

| Final Action Taken: | |
|---|---|
| | |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**     **Security RFI:**     **Medical RFI:**
Original to prisoner case record.     Original scanned in to EHR and then to medical records.
Copy to Prisoner. (Unless response was made verbally.)     Copy to prisoner.



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

SECURITY – White    MEDICAL - Yellow
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | Gccc | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | G-216 | 16 3 | Date: 8/13/24 |
| DOB: | N/A | How long has the problem existed? | | | |

To: SSGT – McEmurry

Request: The intent & purpose of this Notice is truth & Fact I need your full name's government position / title for legal purposes (Status ① official ② Individual.

Prisoner Signature: _(signature)_
(Restricted)

| Action Taken: | |
|---|---|
| | |
| | |
| | |
| Employee Signature: | Employee Printed Name: | Date: |

| Final Action Taken: | |
|---|---|
| | |
| | |
| | |
| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**

**Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White    MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | GCCC | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf    16 B | Date: | 8/13/24 |
| DOB: | N/A | How long has the problem existed? | | | |

To: SGT Hall

Request: The intent & purpose of this Notice is truth & Fact I need your Full name government position / title for legal purposes (status ① offical ② Individual.

Prisoner Signature (Restricted):

Action Taken:

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Final Action Taken:

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Distribution:    **Security RFI:**                                    **Medical RFI:**
                 Original to prisoner case record.                  Original scanned in to EHR and then to medical records.
                 Copy to Prisoner. (Unless response was made verbally.)   Copy to prisoner.



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

### SECURITY – White    MEDICAL - Yellow
### (NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott Jackson | Institution: | GCCC | | | Date: | 8/13/24 |
|---|---|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf | 16 B | | | |
| DOB: | N/A | How long has the problem existed? | | | | | |

To: PO. III Rodrigues

Request: The intent & purposes of this Notice is truth & fact I need your full name government position/title for legal purposes (status ① offical ② Individual.

(Prisoner Signature: [signature]
(Restricted)

Action Taken:

| Employee Signature: | | Employee Printed Name: | | Date: |
|---|---|---|---|---|

Final Action Taken:

| Employee Signature: | | Employee Printed Name: | | Date: |
|---|---|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:** **Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White      MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | GCCC | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf   IG B | Date: | 8/13/24 |
| DOB: | N/A | How long has the problem existed? | | | |

To: P.O. III Thomson

Request: The intent & perpose of this Notice is truth & Fact I need your full name, goverment position/title for legal perpeses (status ① offical ② Individual.

Prisoner Signature:
(Restricted)

Action Taken:

Employee Signature: | Employee Printed Name: | Date:

Final Action Taken:

Employee Signature: | Employee Printed Name: | Date:

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
   Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**    **Security RFI:**    **Medical RFI:**
Original to prisoner case record.    Original scanned in to EHR and then to medical records.
Copy to Prisoner. (Unless response was made verbally.)    Copy to prisoner.

DOC, Form 808.11A  Page 1 of 1  Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White      MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | Gccc | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf      16 B | Date: | 8/13/24 |
| DOB: | N/A | How long has the problem existed? | | | |

To: PO. Scarborough

Request: The intent & purpose of this Notice is truth & Fact I need your Full name government position / title For legal purposes (Status ① OFFical ② Individual.

Prisoner Signature: _[signature]_
(Restricted)

| Action Taken: | |
|---|---|
| Employee Signature: | Employee Printed Name: | Date: |

| Final Action Taken: | |
|---|---|
| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**   **Security RFI:**
                              Original to prisoner case record.
                              Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White     MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | GCCC | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf   16  3 | Date: | 8/13/24 |
| DOB: | N/A | How long has the problem existed? | | | |

To: P.O. Ham

Request: The intent & purpose of this notice is truth & Fact I need your full names, government position / title for legal purposes (Status ① Offical ② Individual.

Prisoner Signature: _(signature)_
(Restricted)

| Action Taken: | |
|---|---|
| | |
| | |
| | |
| Employee Signature: | Employee Printed Name: | Date: |

| Final Action Taken: | |
|---|---|
| | |
| | |
| | |
| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**

**Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.

DOC, Form 808.11A                                    Page 1 of 1                                    Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White    MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott Jackson | Institution: | Gccc | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf    16 B | Date: | 8/13/24 |
| DOB: | N/a | How long has the problem existed? | | | |

To: Po. Cole

Request: The intent & perpose of this Notice is truth & Fact I need your Full name government position/title For legal perposes (Status ① officel ② Individual.

Prisoner Signature: _(Restricted)_ _[signature]_

| Action Taken: | |
|---|---|
| Employee Signature: | Employee Printed Name: | Date: |

| Final Action Taken: | |
|---|---|
| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
        Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**    **Security RFI:**               **Medical RFI:**
               Original to prisoner case record.         Original scanned in to EHR and then to medical records.
                Copy to Prisoner. (Unless response was made verbally.)    Copy to prisoner.

Dear Sandra Martinson,

I am in receipt of your August 19, 2024 letter - in response to my July 31, 2024 "return" to the Director of Institutions of my original Appeal & Notice (with grievance & Attachments/Exhibits).

Your August 19, 2024 letter was delivered to me in Golf Mod by Stacey Ham (Employee at Goose Creek Correctional Center). Her recent delivery was a stark difference from her last performance in that this time she refrained from uttering a single word at delivery where as previously she was affirmative in her dicta that "they" (which I assume she meant the Director) "want you to file a grievance". As you are clearly aware, by marked exhibits, a grievance was already filed in the matter and denied at the institutional level (exhausted). This is why it was sent to the Director for "over-site" and reconsideration.

Before addressing your recent August 19, 2024 letter, I direct your attention back to your July 29, 2024 letter. In your letter you expressed three distinct actions which were being directed back to employees at GCCC. They were: 1) Investigate; 2) Response; 3) Resolve. To date, and to my knowledge, none of the three directives were completed by actors/employees within the institution, nor have I been provided a copy of any of the three. Also note the further directive by the directors office to the institution to "Notify the director's office of the response..." This was clearly written with the intention, by the directors office to the institution for specific performance, of which has not happened. I have not been contacted by anyone other than your most recent letter. The matter is <u>un</u>-resolved and a very, very, serious controversy, filled with many legal and civil implications. Still exists.

I will also note that the "copies" you made of the original full package that was sent to the director, were about 1/3 complete when attached to your August 19, 2024 Letter given to Stacey Ham to hand deliver to me.

Turning to your August 19, 2024 letter. You checked 2 boxes relating to "action" relating to my July 31, 2024 letter which I submitted to the director. The 1st box, which states: "Issue previously addressed in a Classification, Disciplinary or Grievance Appeal form". This comment denotes, or constructively seeks to establish a false impression that there has been a full exhaustion. What can be factually proved is that DOC, from the bottom of the pond to the top, has acted in bad faith, under the color of authority to violate the constitution(s), civilian due process, policy and procedures, breach of oaths, criminal statutes, just to name a few but not to exclude tortious acts.

The evidence, in part, came by way of admissions from staff/employees - (undisputable).

The second box checked in your letter "809.04" (...) suggests to read, this is of no significants as it changes nothing. Employees are still liable for what they did to me and the losses I continue to be subjected to. The other policy you mention has

absolutely nothing to do with me. All of what you speak of is automatic when the courts and jury speak. Your going down a slippery road on this one with bald tires.

Finally, you "attempt" another "constructed presumption" (preponderance) of evidence that some how I was provided due process. In your words, "You were awarded due process, and that appeal was final". First of all, you, nor any state or DOC employees have title to "Award" due process. That is something that is vested in every "Shareholder". Further, you must explain the use of the word "Award" in this context.

Award 1. To give or order to be given as a payment or prize. 2. Grant or Assign. 3. payment, compensation, or a prize awarded. 4. Judicial decision. 5. Donate; Confere upon; apportion; trophy, reward, honors; subsidy, grant, bestowal, presentation. <u>Oxford Dictionary - p. 51</u>

How, please explain, does any of this fall within your scope? And, if you can Show-cause, please give written/certified facts to show that I was the beneficiary of any ??

In conclusion, you state, "and that appeal was final". Final "maybe" at a stage below the director, however, the Director has a final say and can order settlement & closure of the matter upon a mediation & terms settlement. The "Directors" failure to act will be considered an intent of full and final action, at all levels within his scope. Acquiescence or silence is to be considered acceptance of all allegations herein. "The Director" has (3) days from the receipt of this letter to contact me to discuss the terms of settlement, or the department agrees to forfeit any/all possible defenses.

Notice to Agent is Notice to Principle/Notice to Principle is Notice to Agent.

8/13/2024
Date

- Special Visitation
- Special Deposit
(Signature Restricted) Non-Enemy/
Non-Combatant. Without prejudice.

Temporary Mailing:
22301 West Alsop Road
Wasilla, Alaska [99687]
near

page 4 of 4

The intent and purpose of this affidavit & Notice is to document the clearly intentious actions by Department of Corrections (DOC) officers to violate trust as it relates to the following subject matter:

    <u>Officer</u> - "Someone who holds an office of trust...".

<u>Blacks Law Dictionary</u>, p. 915.

    <u>Trustee</u> - "Someone who stands in a fiduciary or confidential relationship to another, ... and owes a fiduciary duty to that beneficiary."

<u>Blacks Law Dictionary</u>, p. 1287.

    On 2/28/24 I was being transferred to Point Mackenzie as part of a transitional re-intregration process (work program). This was after being selected and meeting all of the requirements necessary. Probation Officer-(PO) Valvil, after reviewing my prior success in the program, contacted me while in the SMU (intake mod at 6CCC) and <u>offered</u> me the transfer and <u>I accepted</u>. (Grantor/Grantee → Beneficiary)

    <u>Grant</u> - "An agreement that creates a right or interest in favor of a person or that effects a transfer of a right or interest from one person to another."

<u>Blacks Law Dictionary</u>, p. 592.

    <u>Beneficiary</u>- "Someone who is designated to receive the advantages from an action or change."

<u>Blacks Law Dictionary</u>, p. 132.

    Upon my arrival at point Mackenzie, I was prompted by DOC officers to provide a urine speciment for urinalysis-(UA)



Exhibit A-0

testing. Prior to providing the sample, I briefed the officers that it was more likely than not that the testing would reveal a positive identification for the substance widely known as "buprenorphine" - (BUP). I explained that I was under a valid and currently subscribed prescription, legally administered by my Health Care Provider in Fairbanks, Alaska, Dr. Paul Finch, PA-C, MPH.

I explained that I started receiving the "BUP" injections in August of 2017 and have continued to receive them as late as March of 2023. I also explained that BUP stays in your system for an extended period of time. I told them that all of this information should be in DOC system since I had previously encountered the same issue while at _____, and had received a write-up which was eventually reduced to an informational. (Should have been fully dismissed)

I told the officers that I had evidence of all of it in my property - (legal paperwork) as well. The officers forced the UA anyways which turned up exactly what I explained to them -- positive for "BUP".

I was re-scanned (x-ray), shackled in wrist and leg irons and hauled back to GCCC where I was then thrown into solitary confinement, humiliated and punished for having done nothing wrong. ( 7 long days)

While in solitary Confinement, stripped of what dignity I had left and having lost the benefit



Exhibit A.O.1.

I have also attached a separate affidavit, See Exhibit/Attachment **A-0.4/A-0.5**, which supports and identifies the detailed harm, injuries, prejudice I have suffered and continue to suffer at the "hands" of all State actors to include all ancillary players — contractors, employees, agents, etc.

I certify under the threat of perjury...

Notice to Agent is Notice to Principle — Notice to principle is Notice to Agent.

6/18/24
Date

_____, Special visitation
Affiant / Victim of Violations.
Without prejudice or Recourse
Temporary Mailing:
27301 ...
Wasilla. ...

Sworn before me this 18 day of June, at Wasilla Ak.

(see seal)

W. LEBEOUF
NOTARY PUBLIC
STATE OF ALASKA

_____
Notary Public
With office
Comm. Exp.

Page ⬛ of ⬛

Exhibit A-0.2

# <u>Affidavit</u>

The Intent and Purpose of this Affidavit is to give my clear declaration of Truth and Fact as to how I have been prejudiced by the Intentional, wrongful acts by the State of Alaska's - Department of Corrections employees and/or contractors, Agents, et. al., as it relates to <u>24-002</u> and the ancillary harm besieged upon my being. All details of the intentional, willful, malice actions can be observed in the associated exhibits <u>A, B, C, D</u>.

The emotional, mental, physical, financial -- impact I have suffered is far reaching. The sufferage and devastation caused by these individuals is on-going.
- Loss of Liberty and other vested interests.
- Loss of financial opportunities such as employment at Point-Mackenzie work farm -- which would have assisted me in paying the cost for ankle-monitoring, which in turn would have allowed me to be available for other - independant - much higher paying employment opportunities. I also had plans with my son to advance entrepeneurial endeavors.
- Loss of Trust in the justice system as a whole. I cannot rely upon any level of process in Alaska because of the breach of trust & bad faith acts, to include due process violations, among others.
- I have trouble sleeping, being able to concentrate, anxiety, my health has declined, loss of hope, feelings of despair and so much more.

I have family relations that have been drastically impacted. I am unable to be available for my son in his times of need. I had hoped to re-kindle family


Exhibit A-0.3

relationships, such as my sister and my ailing mother. My personal relationship has diminished.

As an individual whom is, and has been working hard in recovery and rehabilitation, due to a long history-opioid dependency, I have lost faith in the very foundational promises which are touted by the very people whom have sworn an oath to do no harm and uphold the principles that hold our institutions together, because of the egregious nature of their actions.

I am afraid, all through the day, every day, of what they might do to me next. I fear all of them because under their current process, the fox guards the hen-house, meaning that it doesn't matter what a person - (human) seeks as far as redress of greivance, these actors and their superiors do whatever they want, each covering for the other, everyone on the take, no checks and balances - at least that are tangible. There are written rules, policies, chartered prohibitions, none of which are followed. Its the wild west, a complete abuse of discretion under the color of authority. I fear for myself -- my safety & the safety of everyone in captivity.


Exhbt A.0.

In conclusion, as can clearly be seen by the extremely volumous and ever growing evidence, which is also supported by affidavits, clearly there is a major problem that demands over-sight. There must be an immediate investigation and suspension, at least until a full and independent investigation is completed, then a removal of all individuals whom participated in the egregious acts -- in permanency, from their positions of trust and employment. They should never be allowed in any position of authority ever again.

In addition, they shall be held to account & payment in their individual capacities equally, or according to their participation level, to pay-in-full the eventual amount in demand, or proffer, such that will satisfy the judgement or proffer of settlement. This is necessary to neutralize and deter future bad faith behavior.

There shall also be put into written policy, a process of obtaining emergency action, when such an egregious act triggers defined prohibitions.

If the foresaid is not remedied at the Administrative level, I shall seek judicial embrace both at State & Federal levels. If necessary, I shall seek international courts of trade intervention & assurance is given, that full Notice upon the public, through all means, will be warranted.

Exhibit A-0.7

of the work program and eventual early release, I urged DOC staff to reconsider their actions, as what they were doing was clearly wrong.

I was charged, an innocent man, as having violated (22 AAC 05.400 (c)(7)). Exh. D-7 . All of the DOC officers whom participated were on full notice that their actions were a violation of trust, and more, however, each refused to mitigate the ongoing injuries which had been intentionally inflicted upon my person with malice and totally unjustified. (person-human)

It wasn't until after I had made contact with my son and my Doctor, whom telephoned GCCC and sent fax information that after (7) seven long days of suffering the physical and emotional trauma, that I was finally released out of solitary confinement and shuffled into general population (G.P.) where I have remained up to this point.

The inflictions did "NOT" stop upon my placement into G.P.. I was placed at "G"-(golf) mod housing unit where I have been struggling day-after-day trying to seek redress of grievance. The following time-line and associated actions are provided in Abstract form, and are supported by exhibited evidence, proving beyond a shadow of a doubt, clear and convincing, the facts upon which my claims exist and cannot be disclaimed or rebutted by fictionist construction.

Exhibit A-0.8

I Certify under the threat of perjury, The information herein is true and Correct to the Best of this Authers Knowledge without projudice.

Notice to Agent is Notice to principle - Notice to principle is Notice to Agent.

6/18/24
_____
Date

_____, Special visitation
AFFiant / victim of violations.
without prejudice or Recourse
_____

Temporary Mailing : 22301
West Alosp Road
WASilla Alaska 99623

Sworn before me this 18 day of June at WASilla AK

( Seal )

W. LEBEOUF
NOTARY
PUBLIC
* STATE OF ALASKA *

_____
Notary public

With office
_____
Comm Exp.

Exhbit
A.O.9

**STATE OF ALASKA**　　　　**DEPARTMENT OF CORRECTIONS**

### PRISONER GRIEVANCE
#### PART ONE

| PRINT NAME | INSTITUTION/MODULE | Offender # | FSO LOG # | DIO LOG # |
|---|---|---|---|---|
| Scott E Jackson | GCCC  Golf | 284883 | | |
| INCIDENT DATE 2/28/2024 | | TODAY'S DATE | | |

| BEFORE YOU COMPLETE THIS FORM: | CIRCLE | If you said "NO" |
|---|---|---|
| 1. Is this about an incident that is other than a disciplinary action or classification decision? | Yes (No) | to any of these questions, the grievance may be screened and returned. |
| 2. Did you first talk to the appropriate person to informally solve the incident? | (Yes) No | |
| 3. Did you file a Request for Interview Form (cop-out) on this incident **and** receive a response? | (Yes) No | |

**INSTRUCTIONS:**
1. Limit this grievance to ONE incident.
2. Attach the completed Request for Interview Form copy **OR** describe HOW you attempted to solve it informally:
   a. WHO did you talk to?
   b. WHEN did you talk with him/her?
   c. WHAT were you told?
3. Attach up to two additional pages of narrative to describe the incident.

**AFFIRMATION and SIGNATURE:**
1. I affirm that this grievance is filed within 30 days of the incident or my knowledge of the incident.
2. I affirm the following statements are true and accurate and that I may be disciplined for providing false information pursuant to 22 AAC 05.400.

PRISONER'S SIGNATURE: _Scott Jackson_

The intent & purpose of this grievance is ☒ Settlement and Closure of the matter as it relates to 24-002 "on 2/28/24... See exhbits A thru D⁵ written history with Exhbits. A full abstract list of exhibits are attached along with affidavits in support which show the step-by-step intentional afflictions (without course) by the DOC (Dept of Corrections) and its officers/staff/administrations et. This includes the Self-evident obstruction & cover-ups which have taken place and continue. (Violations) Law Library Computers have been unavailable frozen-Running in Demo mode. — See log Sheets and electronic It history fules, hindering full infilt and access to materials needed to lay out each Spoken violation - (Linked to Oath, Case law, Statues AACS, policy, due process violations and direct Constitution violations. I reserve the right and intend to supplement the record, as it relates to the violation when the DOC makes unavailble access to this information.(Page 2 is Attached)

**I REQUEST THE FOLLOWING RELIEF** (State the outcome you are seeking): Exhbit A-0.7 Clearly States the Following Relief

I acknowledge receipt of this grievance and have issued the log number above for reference. Please refer to assigned log number with any inquiries about this grievance.

| DATE RECEIVED: | STANDARDS OFFICER'S SIGNATURE: |
|---|---|
| | |

Page 1 of 2

Form 808.03C
Rev. 10/06


Exhibit A-0.5

## PRISONER GRIEVANCE
### PART TWO

| PRISONER NAME | Offender # | FSO LOG # | DIO LOG # |
|---|---|---|---|
| Scott E Jackson | 284883 | | |

**INVESTIGATOR'S FINDINGS AND RECOMMENDATIONS:**




INVESTIGATION:  I met with grievant on _____ at _____ hours.

**INVESTIGATOR'S SIGNATURE:**           **DATE:**

**FACILITY MANAGER'S FINDINGS AND DETERMINATION:**




**FACILITY MANAGER'S SIGNATURE:**      **DATE:**

**PRISONER'S RESPONSE:**

_____ I AM SATISFIED WITH THIS RESPONSE.
_____ I AM NOT SATISFIED WITH THIS RESPONSE,
      _____ BUT **DO NOT** WISH TO APPEAL.
      _____ AND **DO INTEND** TO APPEAL TO THE Director of Institutions OR the Medical Advisory Committee.

I UNDERSTAND THAT MY COMPLETED STATEMENT OF APPEAL FORM MUST BE SUBMITTED TO THE Facility Standards Officer **WITHIN TWO WORKING DAYS OF THIS DATE**.

**PRISONER'S SIGNATURE:**         **DATE:**

FORM DELIVERED TO PRISONER
BY OFFICER     _____

                  (PRINT NAME/SIGNATURE)      (DATE/TIME)

                                            Page 2 of 2

Distribution:   Original to Prisoner's Case/Medical File
               Facility Standards Officer
               Prisoner

*Form 808.03C*
*Rev. 10/06*



I shall not be prejudiced by the DOC's Blocking access to the information needed to seek remedial Counter-Claim Practice, Legal Recourse, and equitable - Declaratory Remedies. If infettered access is refused, I will immediately submit all of my Claims to the Courts and cc the director of institutions. (This will not be stopped as all documentation & evidence is in the hands of trust 3rd parties whom will carry forward delivery. Also the mail room has refuesd to provide Certified #'s for mailing, Further showing obstructiows actions.

Exhibit A-0.6

To: Jacqueline Shepherd          From: Scott E. Jackson

_Cover Page_
&
_Authorization for Use_

Jacqueline,

The intent and purpose of this communication is to bring forth to your attention a very serious matter that runs long-line, but directly into the very concerns you are attempting to portray in the March 31, 2024 _Notice_ to the public, in the Anchorage Daily News.

Jacqueline, I hear you, we hear you and want to thank you for what you do. I am one of those whom you speak of in your _Notice_. As I am fortunate enough to still be alive, at least for now, I am still wound-up tightly in the frantic tenticals of the Department of Corrections (DOC).

In past communications, which are in circulation throughout the DOC system, you have urged those of us whom lay victim, to exhaust our Administrative remedies, to include the filing of grievances. I heard you and followed your recommendations.

Enclosed you will find a short history about myself and the road which has brought me to this day,... to you. Following that are the documents which give evidence, beyond a reasonable doubt (Facts), that show deliberate, intentional infliction of injury and trespass upon individual liberties by

Exhbt
A-1.0

the DOC and its crew, and their attempts to cover up their afflictions, albeit sloppy attempts, they drive in force their conquerous agendas of taking, without regard for human life or sufferage.

I know there are so many whom can no longer speak out, so many whom don't know how, or are in fear of retaliation and many whom have just lost all hope and given-up.

I cannot. I will speak for myself and those whom cannot. I just need a little help in doing so, but am ready, willing and able — to go the distance for the greater good of the much needed changes in the system -- which seems/operates like a chinese finger-trap, the more you struggle, the tighter and entangled you become. A destructive revolving door meant to destroy lives under the color of law, in the name of Commerce.

"Decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizens. In a government of laws, existence of the government will be imperilled if it fails to observe the law scrupulously. Our government is the potent, omnipresent teacher. for good or for ill, it teaches the whole people by its example.

Crime is contagious. If the government becomes a law breaker, it breeds contempt for the law;

Exhibit A-1.00

67

it invites every man to become a law unto himself; it invites anarchy.

To declare that in the administration of the criminal law the end justifies the means -- to declare that the government may commit crimes in order to secure the conviction of a private individual -- would bring terrible retribution..." _Olmstead v. United States_, 277 U.S. 438; 48 S. Ct. 564 (1928) MR. JUSTICE BRANDEIS.

"A body of men, holding themselves accountable to nobody, ought not to be trusted by anybody."
                                        Thomas Paine 1792

Jacqueline, I give you authorization to use the information herein to your full discretion. I would appreciate your recommendations and feedback.

Thank you again so much for what you do, and all the "white hats" whom still care about true liberty and justice.

                Respectfully Submitted,

5-3-2024                              _[signature]_
_____                          _____
Date                                  Signature

We have witnessed the signing of this document and know the Author to be who he is.

Witness 1) _[signature]_ / Lauren Scott McGrath Sr.        05/03/24
            Signature    /    Print Name                    Date
Witness 2) _[signature]_ / Jesse Charles Freeman           3rd May 2024
            Signature    /    Print Name                    Date

                                                    Exhbt
                                                    A-1.000

Page 3 of 3

ON 1/29/24 - I put in a RFI to Sgt Gusman Disciplinary in Fairbanks
Exhbit A-1 FCC about a positive UA I Received well providing a Random
      A-1.2 UA. As you can See by the Exhbits it was Made Informational

ON 3/12/24 - I Sent RFI to Sgt Kline Disciplinary Requesting the information
      Exhbit    that was Sent/Fax to him from Doctor Paul Finch North Country
      A-2      medical.

ON 3/12/24 - I Sent a RFI to medical Requesting the Information they
      Exhbit    received from Doctor Paul Finch & Phone Calls North Country
      A-3      medical.

Exhbit - A-4.1, A-4.2, A-4.3, A-4.4 - Affidavit

ON 2/28/24 - The day I was put into Seg (The Hole) I put in RFI to
Exhbit A-5  medical telling them there was paper work in my property Box
            Stating my Sublicade Shots.

ON 2/28/24 - Well in Seg (The Hole) I put in a RFI to P.O. III valvil the
            one who Sent me to the Farm About my Sublicaden Shots
Exhbit A-6  and to inform Him what took place.

ON 2/28/24 - I put in a RFI to P.O. In Add Seg (The Hole) telling them of
            the Information in my property Box about my Sublicade
Exhbit A-7  that would prove my Statment.

ON 3/5/24 - I was put back into G-mod and Started to perpair
            For D-Board.

ON 2/28/24 - photo of x-Ray taken by SSGT Amand P.M.C.F
Exhbit A-8

Exhbit B-1, B-2, B-3, B-4 - Affidavit

ON 3/13/24 - I Received a Appeal Disciplinary Action Form
Exhbits B-5, B-6, B-7

ON 3/26/24 - I Sent a RFI to medical Records about my Information
Exhbit B-9 From my Doctor Paul Finch North Country medical.

ON 3/14/24 - I Sent RFI to medical provider telling them I Needed
Exhbit B-10 the Information For legal matters.

ON 3/25/24 - RFI to medical Records Asking again For the Information
Exhbit B-11  From my Doctor Paul Finch North Country medical.

ON 3/20/24 - Sent RFI to medical Records ATTN: MS Bay
Exhbit B-12

Exhbit
A-0.10

On 3/13/24 - Sent Sgt Kline RFI about Copys of the information
Exhbit B-13 He Received From my Doctor paul Finch.

On 3/13/24 - I Sent Superintendent moore From PMCF I really
Exhbit diden't understand my D-Board Hireing It was Pushed to
B-14 me over the phone and NOT in person.

On 3/13/24 - I Received a Appeal Form and Completed it with the
Exhbit Information I had on hand And turned It in before the
B-15 due date on 3/18/24 turned in to the Appeal Box at
7:29 P.M. on 3/17/24 Feel Free to Review Camra in Front
of Appeal Box.

Exhbit - Is a Copy of an Appeal Form of Disciplinary Action that I
B-16 Received in Distro From an Officer in G-mod Stating No
Appeal Recived 3/19/24 and It is Signed by an emplyee of
D.O.C. (Attempt to mis-represent record by Creation of
False and Constructed mis representation of Facts.

On 4/28/24 - I Sent a RFI to Disciplinary Dept. ATTN: Kline about
Exbbit C-1 How he Intercepted my Appeal to Director of Institutions

On 4/8/24 - Sent RFI to Director of Instutions with Appeal through
Exhbit Disciaplanary and It was Intercepted By Sgt Kline.
C-2

Exhbit C-3 = Is a Notory that was Attached to my Appeal to the
Director of Institutions that was Intercepted.

On 4/29/24 - I Sent RFI to Disciplanary ATTN: McElury & Kline about
Exhbit C-4 my Appeal.

On 5/2/24 - I Received a letter From my doctor From North Country Medical
Exhbit that I Requested exsplaning about Sublicade and Date's of my
C-5 Injections of Vivitrol & Sublicade

On 5/2/24 - I Received a letter From Re-entry Coordinator marSHa oss
Exhbit About the doctor's letter From North Country medical.
C-5.1

On 4/26/24 - I Sent RFI to P.O. Gilroy in Echo mod like We talked
Exhbit C-6 about me doing to Contact her.

On 4/22/24 - Sent P.O. Gilroy RFI to Echo mod
Exhbit C-7

Exhbit A-D.11

On 5/14/24 – Sent RFI to Disciplinary ATTn: McElmury Responding to
his 5/13/24 responce.
Exhbit C-8

On 5/15/24 – Sent RFI to P.O. Ham about Reviewing my File.
Exhbit C-9

On 6/2/24 – Sent RFI to P.O. Ham Asking to See my File I have the
Right to See what is in my File.
Exhbit C-10

Exhbits: C-11, C-12, C-13, C-14, C-15 – AFFidavit.

Exhbit: C-16 list of Employee's that work For D.O.C. involved in
my Case.

On 6/5/24 – I put together a RFI to the Director of Institutions
For my last and Finneal Attempt of InFormeal Resolution.
Exhbit D-1

Exhbits: D-2, D-2.1, D-2.2, D-2.3, D-2.4 : Index of Date's and
Events & Exhbts

On 5/22/24 – Sent RFI to P.O. Ham about my Sublicade and about
my Furlough Comming up June 28/24.
Exhbit D-3

On 5/29/24 – Sent RFI to P.O. Ham about my E.M. that was Denied
no treatment or Classes were Court ordered.
Exhbit D-4

On 5/30/24 – Sent RFI to P.O. Ham about my E.M. & Furlough.
Exhbits: D-5, D-5.1, D-5.2, D-5.3

On 6/5/24 – Sent RFI to medical Records Requesting my Information
From Doctor paul Finch North Country medical.
Exhbit D-6

On 4/29/24 – Sent Copys of all InFormation of Appeal to ACLU, Also a
Letter to Jacqueline Shepherd From ACLU.
Exhbit D-7

Exhbit D-8-Is a Substance Abuse test From P.M.C.F. They were
InFormend before the test was Done by me that it would
Be positive For B.U.P. Sublicade.

On 5/18/24 – I Sent RFI to Accounting and Requested an Account
Statment.
Exhbits: D-9, D-9.1, D-9.2

Exhbits: D-10, D-10.1, D-10.2, D-10.3 Report of Disciplinary Decision.

Exhibt A.0.12

Scott Jackson

On 6/10/24 I Spoke with my Doctor Paul Finch From North Country medical. We talked about the phone calls he made to Goose Creek medical & Disaplanary He Said he talked to Someone on the phone in medical and also in Disaplanary He also told me He Faxed Information to Goose Creek And He Informend me that he has writen a letter and Sent it to the Govener of Alaska about this being an ill legal Situation that Clearly is being Covered up by DOC. and Should be Resolved ASAP. He Also Has been Speaking with other Doctors, and Attorneys in this Case. If this is Not Resolved in a timely matter it will be brought in Front of the Courts

Exhbit A-0.13

# Exhibits For Appeal

| | | | | |
|---|---|---|---|---|
| | A-1.0 | | | |
| | A-1.00 | | | |
| | A-1.000 | | | |
| A-0.0 | A-1 | B-1 | C-1 | D-1 |
| A-0.1 | A-1.2 | B-2 | C-2 | D-2 |
| A-0.2 | A-2 | B-3 | C-3 | D-2.1 |
| A-0.3 | A-3 | B-4 | C-4 | D-2.2 |
| A-0.4 | A-4.1 | B-5 | C-5  C-5.1 | D-2.3 |
| A-0.5 | A-4.2 | B-6 | C-6 | D-2.4 |
| A-0.6 | A-4.3 | B-7 | C-7 | D-3 |
| A-0.7 | A-4.4 | B-8 | C-8 | D-4 |
| A-0.8 | | B-9 | C-9 | D-5 |
| A-0.9 | A-5 | B-10 | C-10 | D-5.1 |
| A-0.10 | A-6 | B-11 | C-11 | D-5.2 |
| A-0.11 | A-7 | B-12 | C-12 | D-5.3 |
| A-0.12 | A-8 | B-13 | C-13 | D-6 |
| A-0.13 | | B-14 | C-14 | D-7 |
| | | B-15 | C-15 | D-8 |
| | | B-16 | C-16 | D-9 |
| | | | | D-9.1 |
| | | | | D-9.2 |

Exhibit
A-0.  14



# STATE OF ALASKA
## DEPARTMENT OF CORRECTIONS

Exhibit A-1

# **Request For Interview Form:**
SECURITY – White    MEDICAL - Yellow
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott E Jackson | Institution: | FCC | |
|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | B-Wing 5 Bottom | Date: 1-29-24 |
| DOB: | 1-1961 | How long has the problem existed? | | |

To: Sgt Gusman (Disiplinary)

Request: Well this is what I got back from medical at mail call last night. All I know is I dont need a write-up for some stuped shit. when I spoke with you yesterday I am being honest with you. I should of said something when I came in but I dident think about it. I have been on the subli xard program for a long time. And it deffenitly works. It got me off heroin thank God and I started doing that shit back in the 80s any way I dont mean to make you do unnessasary paper work. I am just here to fisnish my time from 5½ years ago and move on. I just dont need a write up following me to Goose Creek or any were els. Sorry for the inconvenins.

Prisoner Signature: [signature]

Action Taken: Your REPORT was MADE INFORMATIONAL. PLEASE TELL MEDICAL THIS "IF" THERE IS A NEXT TIME

Employee Signature: [signature]    Employee Printed Name: Getz    Date: 1/31/24

Final Action Taken:

Employee Signature:    Employee Printed Name:    Date:

Check here if response to prisoner was made verbally: ☐ (Not allowed for Medical RFIs.)

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to within a reasonable time frame after receipt.

EXH A-1

Distribution:  Security RFI: Original to prisoner case record. Copy to Prisoner. (Unless response was made verbally.)  Medical RFI: Original scanned in to EHR and then to medical records. Copy to prisoner

DOC Form 808 11A



FCC
1931 Eagan Avenue
Fairbanks, AK 99701
(907) 458-6700

1/28/2024 7:12:27 AM AKST

## COMMUNICATION TO PATIENT - Created on 1/28/2024 7:12:27 AM AKST

| | | |
|---|---|---|
| Patient:JACKSON, SCOTT E | #:284883 (284883) | Lang: |
| DOB: 961 (Age=62) | Sex:Male | Race:CAUCASIAN |
| Housing:FCC-B-05-B | Proj. Rel: | Type: |
| Legal Status:INMATE | | |

Text to Append to Form Title:

ROI Paul Finch

We cannot give out your medical records from another provider.

Attachments:

RFI - NURSING 1/28/2024 7:12:20 AM


INMATE COPY

The information contained in this document is privileged and confidential. This information has been disclosed to you from records protected by federal and state confidentiality rules. These rules prohibit you from making any further disclosure of this information, even with explicit written authorization from the patient. A general authorization for the release of medical or other information is not sufficient for this purpose. If this document was received in error, please notify the Alaska Department of Corrections Health and Rehabilitation Services as soon as possible.



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

SECURITY – White     MEDICAL - Yellow
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott E Jackson | Institution: | Cylee | | | Date: | 3-12-24 |
|---|---|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Gulf | 14 Top | | | |
| DOB: | ~1961 | How long has the problem existed? | | | | | |

To: Sgt Liian, Disaplanary

Request: I am Sending you this Request to ask you for a copy of the Info my Doctor From Fairbanks paul Finch Faxs two the Disaplanary Sgt I believe he also talked two Someone From Disaplanary, the Info is about my Subical Shots I Was Recving on the Streats in Fairbanks.

Thanks

Prisoner Signature: _Scott Jackson_

Action Taken: Yes Someone faxed me your info

Employee Signature: X____    Employee Printed Name: Sgt Klin'    Date: 3/12/_

Final Action Taken:

Employee Signature: ____    Employee Printed Name: ____    Date: ____

INMATE COPY

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Exht A-2

Distribution:     Security RFI:
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

Medical RFI:
Original scanned in to EHR and then to medical records.
Copy to prisoner.

DOC, Form 808.11A                    Page 1 of 1                    Rev 09/17/18



SDI # 091083

Exhibit A-3

RECEIVED [illegible] 2021

## STATE OF ALASKA
## DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White     MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott E Jackson | Institution: | GCC | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Gulf | 14 Top | Date: 3-12-24 |
| DOB: | 4-1961 | How long has the problem existed? | | | |

To: medical)

Request: I am sending you this Request my doctor from Fairbanks paul finch faxed my Info about my Sublicade Shots two Goose Creek Medical also he spoke two Someone I would like two get a copy of that info he faxed two medical I NEED this for my Apeal

Thanks

Prisoner Signature: [signature]

Action Taken: N/A Please refer to Policy 807.06 for information on accessing your Medical Records if the records are needed for legal reasons, Your lawyer may request the records.

| Employee Signature: [signature] | Employee Printed Name: | Date: 3/13/24 |
|---|---|---|

Final Action Taken:

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Exbk A-3

Distribution:     **Security RFI:**                                    **Medical RFI:**
Original to prisoner case record.                 Original scanned in to EHR and then to medical records.
Copy to Prisoner. (Unless response was made verbally.)   Copy to prisoner.

Scott E Jackson

# Affidavit

I am giving Notice of reservation to Supplement the record as it relates to testimony (affidavits from Dr. paul Finch & my Son that is my power of Attorny) because I was still in the process of obtaining information that proved that this facility had prior Knowledge that BUP was legally in my System (prescribed by a licensed physician) therefore, as was previously determined by DOC. on 1-29-24 See <u>Exhibit A-1</u> a previous Claim was made by DOC. and then made informational upon being provided evidence that Corroborates my testimony that BUP was legally (prescriptively) in my System. See also <u>Exhibit A-2</u> were my Dr. paul Finch Sent a Fax two Disciplanary Sgt about my Sublicade Shots. And Sgt Klin recived the Fax. Also we have Exhibit A-3 were Goose Creek Medical Also Recived a Fax from Dr paul Finch on 3-12-24 or Before 3-12-24 See also <u>Exhibit A-3</u>

<u>Exhibit A-4</u> A-4 Affidavit : To whom It may Concern, I would like two exsplan a Few things that I beleave will prove that I am not Gulty of a positive UA well in the Custdy of D.O.C. For BUP. I am a recovering Herion Adict four Several years I am on a program on the Streets with Dr. paul Finch that addminstars Sublicade Shots two me once a month. This Sublicade Shot is time release. It Stays in your System four over a year or more. So any time you take a UA you will test positive For BUP. I am From Fairbanks well in Custdy I was Asked two perried a random UA I tested positive

INMATE COPY

Exh. A-4.1

Scott E Jackson

Four BUP I told them I was on Sublicade Shots with my Dr. paul Finch. They verified the Information and they gave me an informational write up on my positive UA Shortly After that I was transfered two Goose Creek two Finnish my time From a Crime that was 6 years old. Shortly after this infraction happened. Well at Goose Creek I was Sent papers in SMU Stating that I Fit the Ccytirrea For point Mackenzie (the farm) I am min Custdy and my points are one. So I was transfered two the Farm on 2-28-24 Before I left Goose Creek intake I was Striped Serached and given diffrant Clothing that DOC pervided I was locked in a Holding Cell in intake untill we were Chained and hand Cuffed and then we were taken from Goose Creek and put on a transfer Bus two point mackenzie (the Farm) Once we Arrived at point Mackenzie we were taken off the transfer Bus and taken in Side two intake we were then taken two a Seprate Building and Scaned. Then we were taken back two intake and asked two pervied a UA. I told them that I would be having a positive UA for BUP. Because I am on a Sublicade program from Fairbanks and my Dr paul Finch Gives me Shots ever Mounth For my Recovery From Herion. I have Been Clean For 3½ years. After they Gave me the UA and it tested positive For BUP they Hand Cuffed me and put me in a Holding Cell away from the other four people that were

INMATE COPY

Ex. A-4.8

Scott E Jackson

Transfered with me two point mackenzie. one of the CO's was told to keep a watch on me at all times Then Shortly after that they pulled me out of the Holding Cell and told me they were taking me back two Goose Creek. So they put leg Chains on me along with the hand Cuffs and parted me down. Then they took me back two Goose Creek in a transport Van two CO's So as Soon as we got back two Goose Creek they put me throw the Body Scanner Not Just once but twice then they put me in a Holding Cell in intake and one of the CO's Came up two the Holding Cell and asked me do you need to poop and I told him. NO I dont So I was then taken two Seg and Strip Seccash one more time and put in two Seg 1 and I remaind there From 2-28-24 two 3-5-24 when I was given a Copy of my write up well in Seg I Noticed

**Exh. A-8** →  the (X-Ray) from the farm they Said there was a black mass above my penis. But in there Several Strip Sereahs and Checking the Holding Cell they Had me in were they all so did a strip Scarch they never found any thing. So well I was in Seg I asked Sgt Klin from Disaplanary and all So P.O. Scarbourgh two Contact my Dr. paul Finch also two look in my property For my paper work. on **Exhibit A-1** about my postive ua in Fairbanks But No one would move forward on any of my Requests I wrote RFI's two property Asking for my paper work well in Seg 1 NO responce of any Kind this whole Incident has gone WAY Too far it has been disturbing two Not only me

**Exh. A-4.3** (written vertically in left margin)

Scott E Jackson

Page 4

But my Family back in Fairbanks, my family in Washington and my Dr. paul Finch. This whole thing Could have Been Resolved back on 2-28-24 this is not only detramental to my Ankle monitor Aplication that I have been waiting for two go back home and Continue my Recovery but Also my Furlough and My Freedom I beleave this 6-7 write should be desmissit or ~~this~~ this is Some thing that has Clearly been persccibed to me by My Dr. paul Finch. Four my Recovery From Herion Adiction. I am Still waiting on x Ray Scans From the 2-28-24 From Goose Creek intake. Also Faxs From my Dr. paul Finch that were ~~sent~~ knowingly Sent and Recieved two Goose Creek medical and Sgt Klin (Drsiplanary). Exh. B-13

6/5/24
Date

_Scott E Jackson_

I certify under the threat of persury, the information herein is true and correct to the Best of this Authers knowledge, without prejudice.

((AS) 09.63.020 Notory unavailable)

INMATE COPY

Exh. A-4.4

Case 3:24-cv-00216-SLG   Document 1-1   Filed 10/03/24   Page 56 of 115



SDI# 091083
Exhibit A-5

# STATE OF ALASKA
## DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

### SECURITY – White     MEDICAL - Yellow
### (NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott Jackson | Institution: | GCCC | |
|---|---|---|---|---|
| Offender #: | 289883 | Mod / Quad: | Seg 1 | Date: 2-28-24 |
| DOB: | .1961 | How long has the problem existed? | | |

To: Medical

Request: I am writing you this because I was sent to the hole for a positive UA BUP I came from Fairbanks I all so had a positive UA for BUP I am on Sublicade Shot I Need two get a Release of Medical So I Can get this Resolved I was given the Shot from a P/A Paul Finch from Fairbanks, Fairbanks desmist my Right up due to me being on Sublicade Shot it Stays in your System for over a year So I am sitting in the hole for Something I was given from a Doctor the paper work Should be in my file from fairbanks. I have the paper work in my property from my positive UA from Fairbanks and the name of the provider for my Sublicade Shots the write up was desmist. why am I in the hole for Something a Doctor gave to me on the Streets. this is Not right.

Prisoner Signature: [signature]

Action Taken: Placed On Sick call to Sign RoI

Employee Signature: [signature] | Employee Printed Name: | Date: 2/29/24

INMATE COPY

Final Action Taken:

Employee Signature: | Employee Printed Name: | Date:

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Exh. A-5

| Distribution: | **Security RFI:** | **Medical RFI:** |
|---|---|---|
| | Original to prisoner case record. | Original scanned in to EHR and then to medical records. |
| | Copy to Prisoner. (Unless response was made verbally.) | Copy to prisoner. |

DOC, Form 808.11A     Page 1 of 1     Rev: 09/17/18

SDI # 091088

# STATE OF ALASKA
## DEPARTMENT OF CORRECTIONS

PSO (A-6
Exhibit A-6

# **Request For Interview Form:**

**SECURITY – White     MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**



| Printed Name: | Scott E Jackson | Institution: | GCCC | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Seg 1 | Date: | 2-28-24 |
| DOB: | 3-17-1961 | How long has the problem existed? | | | |

To: P.O. III Vuluil

Request: I am writing you this Request you sent me paper work two go take the fom well I went there they gave me a cup and it came back positive for Bup. I came from fairbanks I was on the Sublicade program it stays in your system for over a year Paul Faith is the one that I was going two for the shots I was in fairbanks and came up positive for Bup and they Dropped it due two Sublicade. So hear I Sit in Seg I shouldent ever be here for Something I was persecibed from a Doctor. I am waiting to go back to fairbanks on Ankle monitor I all Ready turned in my EM packet over 30 Days ago and I was waiting for my 30 Day verification witch was up on 2-23-24 I Juss want to go back to fairbanks on Ankle Monitor there is No Reson I Should be locked up in Seg. I Sure hope you can Help me Please I have paper work two Prove I was on Sublicade Shots

Prisoner Signature: [signature]

| Action Taken: |
|---|
| |
| |
| |
| |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Final Action Taken: Mr. Jackson, Seg PO's will review placement at your 3-day hearing 3/4/2024. Your EM application is still in process. All your statement & you wrote here you can state them during your Disciplinary hearing with Sgt. Kline.

| Employee Signature: | Employee Printed Name: PO Karbarough | Date: 2/29/24 |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Ex. A-6

**Distribution:**  **Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.

INMATE COPY



Exhibit A-7

# STATE OF ALASKA
## DEPARTMENT OF CORRECTIONS

# **Request For Interview Form:**

### SECURITY – White     MEDICAL - Yellow
### (NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott E Jackson | Institution: | LCC | |
|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Seg 1 | Date: 2-28-24 |
| DOB: | -,-1961 | How long has the problem existed? | | |

To: P.O. Ad Seg 1

Request: I am sitting in seg, I went to the prison and they did a UA and it was positive for BUP and I told them I was on sublicade program in Fairbanks it stays in your system for a year I was in Fairbanks and all so had a dirty UA and they draped it down to sublicade shot, I am supose to be going on E.M. back to Fairbanks I turned in my E.M. packet over 30 Days ago I was waiting on my 30 day verification and it was up 2-23-24 I hope you can help me with this I should not be in the hole, I have paper work two prove that I was on Sublicade Shots, Plus Please there should be paperwork of my UA in Fairbanks Stating I was on sublicade shots in my file I am in the Hole for what getting a shot on the Streets from a Doctor.

Prisoner Signature: [signature]

| Action Taken: | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Employee Signature: | Employee Printed Name: | Date: |

| Final Action Taken: | Asked and answered. | |
|---|---|---|
| | | |
| | | |
| | | |
| Employee Signature: | Employee Printed Name: PO Scarbrough | Date: 2/29/24 |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
     Requests are to be responded to within a reasonable time frame after receipt.

Exh. A-7

INMATE COPY

**Distribution:**     **Security RFI:**                  **Medical RFI:**
                        Original to prisoner case record.              Original scanned in to EHR and then to medical records.
                        Copy to Prisoner. (Unless response was made verbally.)      Copy to prisoner.



First Name: JACKSON
Last Name: SCOTT
Date of Birth: 1961-10-04
Client ID: 28883
Scan DateTime: 2024-02-28
06:14:11
Scan Result: Drugs



Prisoner JACKSON, Scott # 284883

X-Ray photo taken by SSGT Amand PMCF

Photo 1 of 3



Scott E. Jackson

# Affidavit

The "Intent" and "purpose" of this Affidavit is to document facts and lay out a sequence of events as follows: I was Charged with a C-7 write up a positive U/A four B.U.P. Sublicade on February-28-2024 I was perscribed Sublicade buy my Doctor paul Finch from Fairbanks Alaska, I am a Recovering Herion Addict. I am perscribed Sublicade Shots from my Doctor paul Finch, four my Recovery from Herion Addiction. I have been in the Sublicade program four Some time. Sublicade is a Shot that you are perscribed from a Doctor that is time Release. It Can Stay in your system up two 36 mounths, So any time you are Asked two parvied a U/A you will test positive four B.U.P. which is Sublicade and also Suboxen. I was transfered two Goose Creek from Fairbanks two Fiinnish up a Sentence from 6 years ago, my Custody leavel is "min" my point are at "one". When I was transfered Here to Goose Creek I was asked well in M.S.U. If I would be Intrested in going to point Mackenzie "the Farm". I Said Sure when I was transfered two point Mackenzie. They asked me two parvied a U/A I told them that I was On Sublicade. Shots perscribed by my Doctor. But they went ahead an did the u/a and it Came up positive Four B.U.P. So they



Scott E Jackson

Strip Searched me and put me in leg Chains
and hand Cuffs. And took me back two Goose Creek
and Scaned me two more times and Strip Search me
again. And then put me in Seg "the Hole" four 7 Days.
well in Seg I Contacted my Doctor paul finch and
my Son who has power of Attorny of all my Affairs.
And they Called Goose Creek medical and Sgt Kline
Disaplanary they were Hung up on 3 times and
the Fourth time they Spoke with Someone in medical
and also Disaplanary, my Doctor paul finch faxed my
medical Records two medical and Sgt Kline in Disaplanary.
About my Sublicade Shots, I have been Requesting my
Records from medical and also Sgt Kline from
Disaplanary. And nether one of them will give me the
Information I have Requested. And I have given them
all the proper Information they need from me two
Release my medical Records two me from my Dodor paul
finch. I was found Guilty of a C-7 write up from point
Mackenzie because of a positive UIA four Sublicade
and also because Goose Creek would not Release
the Information my Doctor faxed two medical and Sgt
Kline from Disaplanary. So my Appeal was Denial, I have
Continued two Request my medical Records and they
Still will not give me my Records. So I have Contacted

INMATE COPY

Exhit B-2

Scott E. Jackson

Some people from Fairbanks, Marsha Oss the
Coordinator for Re-entry program, my Doctor Paul Finch,
and also the Head of E.M. offices in Fairbanks. I was
eligable four Ankle monitor February 23-2024. I
put in four Ankle monitor before I was transfered
two Goose Creek back in the end of January 2024
So I have been asking the PO's here about my E.M.
and no one can give me a answer or even answer
my RFI's I have Spoke with P.O. Gilroy, P.O. Ham,
I have Sent R.F.I's two P.O. III Thomson, P.O. IV Cole,
P.O. Scarborough, P.O. Rodregus and every one of them
are awear of my eligablity four Ankle monitor and
No one has given me a straight Answer. So I called
in Marsha Oss, Doctor Paul Finch, and the E.M. office
From Fairbanks two See If we can get two the
Bottom of this. This C-7 write up Should have
Never happend it Should be Desmist. I Should have
all ready been on my way back two Fairbanks on
E.M. "Ankle monitor" two move forward in my Recovery
This hole thing that has happened Could have been
perverted, It has put me through Stress not only me
but my family. I haven't been able two work and
pervied for my Self. This hole thing Needs two
Be droped and I Need two be Releaset two E.M.
Ankle monitor Back two fairbanks.

INMATE COPY

Exhibit B-3

Scott E. Jackson

I certify under the threat of Perjury, the information herein is true and correct to the Best of this Authers knowledge, without prejudice.

(AS) (09.63.020 Notary unavailable)

Page 4

Well I was speaking two P.O. Gilroy with R.F.I's and seeing her in person in Golf Mod. I stoped her and told her about my C-7 write up and that I Appealed the write up. She told me I don't think you have any thing two worry about I beleave I Saw were they made it Informational. And that I will be getting together with you in a few days. I beleave it was a few days later I Recived my Appeal back from point mackenzie and my Appeal was Denied. P.O. Gilroy Came in to the mod. "Golf mod" a few days later two talk two Someone. It was a thursday Just at 5:30 Court. She Saw me in my Cell She Stopped and told me She had pulled my file. So I told her great So we will talk tommrow which would have been on Friday. She Said no will talk the First of Next week. I Said are you Sure She Said yes. well that was the last time I Saw or heard anything from P.O. Gilroy. I have Sent her R.F.I's She will NOT Responed. So P.O. How is back I have tryed two exsplan two her with two R.F.I's So face. And Stopped her on tuesday 4-3-2024 in the mod and asked if She Recived my R.F.I's She told me She had a Stack of them. And Give her till the end of the Week. Well tommrow is friday 4-6-2024 and still NO Responce From any P.O's "Nothing"

Exb 8-4



SDI# 091083 1of2   G.14 T

## Appeal Of Disciplinary Action Form:

| Date: | 3/13/2024 | Offender #: | 284883 |
|---|---|---|---|

| Prisoner's Full Name: | JACKSON, SCOTT | | |
|---|---|---|---|
| Appeal Due | 3/18/2024 @ | Turned in on: 3-17-2024 | @ |

Institution:   **Point Mackenzie Correctional Farm**          File #:      24-002

| Instructions and Type of Appeal |
|---|
| Prisoner to check the type of appeal--only one type may be entered. |

| Committee / Hearing Officer Decision: | Superintendent's Decision: |
|---|---|
| To appeal the decision of the Disciplinary Committee / Hearing Officer, the prisoner must submit a written statement of appeal on this form, through the Disciplinary Hearing Officer, to the superintendent within three (3) working days of receipt of the written disciplinary decision. The Superintendent will respond within ten (10) working days of receiving the appeal. | To appeal the Superintendent's decision to the Director of Institutions, the prisoner must submit a written statement of appeal on this form, through the Disciplinary Hearing Officer, within two working days of written notification of the Superintendent's decision. The Director has 15 working days, after receiving this appeal to respond. A decision on the Director's appeal is the final decision and order of the Department. |

| Appeal Statement |
|---|
| Continue on back of this sheet if more space is needed. |

My Appeal Statements and Affidavit and Exhibits    are Attached two my Appeal Form.

I all so have other Documentation that I have Not Been able to obtain due two lack of Cooperation and time Frame from four Appeal (ancillaries of Department of Corrections; i.e. Set klin. (fax from Dr paul finch ha received), medical~ (fax from Dr. paul finch), intake~ (waiting on two scans & Rays).

Watkinson v. Dept of Corrections, 540 P.3d 254 AK Supreme Court 2023 [@ 275-276] But there is a specific statutory definition for the scope of employment that applies to certification decisions which does not permit the attorney general to certify that alleged intentional torts committed by State →

over Back Side

Prisoner's Signature _____

## Superintendent's / Director's Decision:

INMATE COPY

Superintendent / Director Signature: _____

Exhibit B5

employees were within the scope of employment 'if they were foreseeable'. Instead, the Statute Specifically excludes from Certification instances in which state employees were "acting... with wilful, reckless, or intentional misconduct or with gross negligence or malice", even if the actions meet the other components of being within the scope of employment.

I Put in RFI two Intake at Goose Creek four copys of the two Body Scans, x Rays, that was taken of me on my Return from prior Mackenzie on 2-28-2024 as of 3-17-2024 I have NOT Received any thing from intake,

Put in RFI two Sgt Klin at Goose Creek Requesting the Info he was Faxed from my Dr. paul finch about my Sublicade Shots I was Receiving from him, that Sgt Klin clearly said he Received But as of 3-17-2024 I Still have NOT Received any thing,

Put in RFI and ROI two medical Requesting the Info that they Received from my Doctor paul finch about my Sublicade Shots But as of 3-17-2024 I Still have not Received any thing from medical here at Goose Creek,

This Info I am Requesting is very Important to my Being NOT Guilty of a C-7 write up here at Goose Creek this was some thing that was Clearly perscribed two me buy my Doctor paul finch, a medication that stays in your system for over a year or more.





SDI # 091D83

STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

The Director of Institutions decision in this disciplinary matter is a final order. If you wish to file an administrative appeal to the Superior Court, you must file a notice of appeal (and any other documents required by the Alaska Rules of Appellate Procedure) with the Superior Court within 30 days from the date the Director's decision was mailed to you. See Rule 602(a)(2) and 502(a) of the Alaska Rules of Appellate Procedure.

The 30-day period begins to run on the day after the Director's decision was given to you. If the final day of the 30-day period occurs on a weekend or holiday, you have until the first day that it is not a weekend or holiday to file your notice of appeal and related documents. See Appellate Rule 502(a). For example, if the Director's decision was given to you on January 20, 2000, the 30-day period would begin to run the next day. January 21, 2000. The period would expire on February 20, 2000, but because that date falls on a Sunday, and because February 21, 2000 is a holiday, the last day to file your notice of appeal would be February 22, 2000.

The court will not consider your Notice of Appeal "filed" until it actually receives the notice. See appellate Rule 502(d). For example, if you must file your appeal with the court on October 1, 2009, you must take steps to mail it early enough so that the court will receive it by October 1, 2009; mailing it on October 1, 2009 in not sufficient.

Finally, you must serve a copy of the Notice of Appeal and related documents on the opposing party, which in the case of a disciplinary appeal, is the State of Alaska, Department of Corrections. See Appellate Rules 514 and 602(a)(2). You must serve these documents on the Department of Corrections in care of the Commissioner's office at 550 W. 7th Ave Suite 601, Anchorage, Alaska 99501.

Disciplinary Case Number _____ 24-002 _____

Prisoner's Signature _____  Date and time of Receipt 3-17-2024

Staff Member's Signature:_____

(If prisoner is unable or unwilling to sign, the staff member delivering the Notice should initial and date for receipt by the prisoner)

INMATE COPY

Distribution:    Superintendent
                 Records
                 DOI

DOC, Form 809.04G                    Page 2 of 2                    Rev: 08/18/17

Exbt 89



**STATE OF ALASKA**
**DEPARTMENT OF CORRECTIONS**

Notice ; Production

# Request For ~~Interview~~ Form:

### SECURITY – White     MEDICAL - Yellow
### (NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott Jackson | Institution: | Lccc | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Lsw# 14 Bottom | Date: | 3-26-2024 |
| DOB: | 1 -1961 | How long has the problem existed? | | | |

To: Medical Records     (Attempt at Informal Resolution)

Request: I Recived your responce two my Request for Copys of my medical Recoreds that were faxed two you by my Doctor paul finch about my Subiscade Shots the only Reason you Ricived that Information was because of me and my Request for it due two a positive ua for BUP, I Sent you an RFI before Requesting this Information and you Responded and told me I had two have a ROI Form filled out. So I did that and Now you are telling me I have two get it from the provider, NO I all Ready did that it was faxed two medical and two Disciplanary here at Goose Creek by my Request, they are my Records and I am Requesting a Copy of my Records that were faxed two you by my Doctor paul finch, within 3 working Days other wise I will take Further Action. Thanks

\* Under what policy **specifically** are you refusing to provide my record?

~~Prisoner~~ Signature: (Restricted)   [signature]

Action Taken: Policy 807.06 Contains the procedures and associated Fees that accompany accessing your Medical Records. Please refer to Section V. paragraph E. for information on outside Medical records.

| Employee Signature [signature] | Employee Printed Name: | Date: 3/27/24 |
|---|---|---|

| Final Action Taken: | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Employee Signature: | Employee Printed Name: | Date: |

INMATE COPY

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

| Distribution: | Security RFI: | Medical RFI: |
|---|---|---|
| | Original to prisoner case record. | Original scanned in to EHR and then to medical records. |
| | Copy to Prisoner. (Unless response was made verbally.) | Copy to prisoner. |

DOC, Form 808.11A                Page 1 of 1                Rev: 09/17/18

Exht B-9



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

*NOTICE &* ~~Information~~

# Request For ~~Interview~~ Form:

SECURITY – White     MEDICAL - Yellow

(NOTE: Do not use for medical emergencies!)

| Printed Name: Scott E. Jackson | Institution: GCCC | | |
|---|---|---|---|
| ~~Offender~~ #: 284883 V.C. dwess | Mod / Quad: Guff   14 Top | | Date: 3-14-24 |
| DOB: -1-1961 | How long has the problem existed? | developing – on-going. | |

To: Medical Provider et.al.: I am in receipt of your 3/13/24 response
Request: to my 3/12/24 RFI (Request for Information). In your response,
you eluded that, "if records are needed for legal reasons, your Lawyer
may request the records". I am the only authorized representative
in this capacity. As it relates to capacities, I am also "beneficiary" &
you are a trustee in temporary custodian-ship of "my" information.

I have attached form 807.06A (Release of Information). The "Intent" &
"Purpose" is to have released to me (within 3 days) documents that relate
to what was faxed to medical by Paul Finch MD. between 2/28/24 and
3/5/24. You are under a fiduciary duty to fulfill your duties under "TRUST".
I have attached an OTA & Copy req. form as well — I am indigent.
Note: Documents from Dr. Paul Finch MD
relate to BUP etc.

~~Prisoner~~ Signature: _(signed)_    Special Visitation
Authorized Representative without ~~Prisoner~~   Special Deposit

| Action Taken: |
|---|
| |
| |
| |
| |
| |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

| Final Action Taken: |
|---|
| Your request was forwarded to medical records. |
| |
| thank you. |
| |

| Employee Signature: J Bray RN III | Employee Printed Name: | Date: 3/19/24 |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

INMATE COPY

| Distribution: | Security RFI: | Medical RFI: |
|---|---|---|
| | Original to prisoner case record. | Original scanned in to EHR and then to medical records. |
| | Copy to Prisoner. (Unless response was made verbally.) | Copy to prisoner. |

DOC, Form 808.11A     Page 1 of 1     Rev: 09/17/18

Ex bt B-10



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

SECURITY – White     MEDICAL - Yellow
(NOTE: Do not use for medical emergencies!)

| Printed Name: | Sloh E Jackson | | Institution: | GCCC | | |
|---|---|---|---|---|---|---|
| Offender #: | 284983 | | Mod / Quad: | G-0 P | 14 Bottom | Date: 3-25-2024 |
| DOB: | 1-1961 | How long has the problem existed? | | | | |

To: Medical Records

Request: I am Sending you this Request Asking that I would Like two Recive a Copy of the Information that was faxed two Medical From my Docter paul Finch From Fairbanks about my Sublicad Shots that I Recived For my Recovery from Hierion Addiction. I have all ready Sent you an RoI For this Request, So I will be looking Forward two Reciving the Copys Soon.

Thanks

~~Prisoner~~ Signature: Sloh E Jackson

Action Taken: Medical records from other outside facilities can not be given out. If you'd like outside medical records for personal use, please reach out to that provider's office.

| Employee Signature: RN Beck RN | Employee Printed Name: | Date: 3/26/24 |
|---|---|---|

| Final Action Taken: | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

INMATE COPY

Ext B-11

Distribution:   **Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.

DOC, Form 808.11A                    Page 1 of 1                    Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS


RECEIVED

# Request For Interview Form:

### SECURITY – White    MEDICAL - Yellow
### (NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott E Jackson | | Institution: | GCCC | | | |
|---|---|---|---|---|---|---|---|
| Offender #: | 284883 V.C. | | Mod / Quad: | Gulf | 14 Bottom | Date: | 3-20-2024 |
| DOB: | ~1961 | How long has the problem existed? | | | | | |

To: medical Records : Attn: Ms Bay (nurse)

Request:

Dear Ms. Bay, thank you for forwarding my request to medical records for "fax from Dr. Finch". I look forward to a speedy response, but wanted to thank you for your help.

Respectfully

~~Prisoner~~ Signature: (Redacted)

Action Taken:

Noted

| Employee Signature: B | Employee Printed Name: | Date: 3/21/24 |
|---|---|---|

Final Action Taken:

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

INMATE COPY

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Distribution:    Security RFI:
                 Original to prisoner case record.
                 Copy to Prisoner. (Unless response was made verbally.)

                 Medical RFI:
                 Original scanned in to EHR and then to medical records.
                 Copy to prisoner.

Exbt 0-12



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

### SECURITY – White     MEDICAL - Yellow
### (NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott E Jackson | Institution: | GCCC | | | |
|---|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Gulf mod 14 Top | | Date: | 3-13-24 |
| DOB: | -1961 | How long has the problem existed? | | | | |

To: Sgt Clean

Request: I am Requesting copys of the Info that was Faxed two you about my Sublicaide because I am going to prove ___ that I am NOT Gulty the Farm Said they Found me Gulty (PMCF) of a (L) write up he all so Said medical told PMCF that I ___ ___ there was NO Record of me being on anything that would make you test positive for BUP witch is NOT true what So ever I am on Sublicaida and I can NOT Gulty So I need copys of the INFo that was Faxed two you by my doctor please I only have 3 days to Apeal this

Thanks

Prisoner Signature: [signature]

Action Taken: Medical has your paperwork place RFI than

| Employee Signature: [signature] | Employee Printed Name: Sgt Ku | Date: 3/14/24 |
|---|---|---|

| Final Action Taken: | |
|---|---|
| | |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

INMATE COPY

**Distribution:**   **Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR then to medical records.
Copy to prisoner.

Exbt B-13



G 14 T

# Request For Interview Form:

INMATE COPY

SECURITY – White        MEDICAL - Yellow
(NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott E Jackson | Institution: | GCCC | | Date: 3-13-24 |
| Offender #: | 284883 | Mod./Quad: | Gulf 14 Top | | |
| DOB: | 1-1961 | How long has the problem existed? | | | |

To: Superintendent Moore PMCF

Request: I am writing you this request two let you know that I didnt reely understand when I was Asked if I wanned two Apeal my write up on a positive up that I Recived when I was transfured to the fairm from Goodl Creek I am on Sublicade shorts in Fairbanks its part of my Recovery and it stays in your System for over a year I can Mt do this same thing in Fairbanks KCC. But they dropped it due to my Sublicade shots, Sublicade also test positive for BNP. I dont need a Lo write up if I was Gaulty I would not be Asking for this Apeal. But this is something I have been given two from a doctor paul Finch from Fairbanks two help me in my Recovery, I use to be Addicted two Harris I have been clean for 3½ years I am sorry about the misunderstanding But I would like two Apeal this Lo write up due to my Insurance I am not Gaulty and I will continue two take Sublicade prescribed By a doctor for my Recovery        Prisoner Signature: [signature]
Thanks And again I am Surey for mis understanding

Action Taken: I can prove that I am on Sublicade in Fairbanks from a Doctor plus I have Paper work in my property that Shows I am on Sublicade and I track two get my property as of 2-28-24 but I still have not Recived it at this time but I found out I am on the property list for 3-14-24 So I can prove I am on Sublicade Shots from a doctor paul Finch sir, IF your intent is to appeal this finding by the Disciplinary Board then you must use the forms DOC# 809.04G. I cannot address your issues regarding appeal on RFI

Employee Signature: [signature] Harry Moore     Employee Printed Name: Moore     Date: 3/21/24

Final Action Taken:

Employee Signature:                    Employee Printed Name:                    Date:

Check here if response to prisoner was made verbally: ☐ (Not allowed for Medical RFIs.)

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Distribution:    Security RFI:                              Medical RFI:
                 Original to prisoner case record.          Original scanned in to EHR and then to medical records.
                 Copy to Prisoner. (Unless response was made verbally.)   Copy to prisoner.

DOC, Form 808.11A        Page 1 of 1        Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

## Appeal Of Disciplinary Action Form:

| Date: | 3/13/2024 | Offender #: | 284883 | | |
|---|---|---|---|---|---|
| Prisoner's Full Name: | JACKSON, SCOTT | | | | |
| Appeal Due | 3/18/2024 @ | | Turned in on: 3-13-2024 | @ | 7:29 PM |

Institution: Point Mackenzie Correctional Farm          File #: 24-002

### Instructions and Type of Appeal
Prisoner to check the type of appeal--only one type may be entered.

| Committee / Hearing Officer Decision: | Superintendent's Decision: |
|---|---|
| To appeal the decision of the Disciplinary Committee / Hearing Officer, the prisoner must submit a written statement of appeal on this form, through the Disciplinary Hearing Officer, to the superintendent within three (3) working days of receipt of the written disciplinary decision. The Superintendent will respond within ten (10) working days of receiving the appeal. | To appeal the Superintendent's decision to the Director of Institutions, the prisoner must submit a written statement of appeal on this form, through the Disciplinary Hearing Officer, within two working days of written notification of the Superintendent's decision. The Director has 15 working days, after receiving this appeal to respond. A decision on the Director's appeal is the final decision and order of the Department. |

INMATE COPY

### Appeal Statement
Continue on back of this sheet if more space is needed.

My Appeal Statements and Affidavit and Exhibits          are Printed due to my
Appeal Form.
I will so have other Documentation that I have NOT been able to obtain
due two lack of cooperation and twue from Four Appeal Ancillaries of
Department of Corrections; i.e. Sgt Klim (fax from Dr paul finch has received),
Medical- (fax from Dr paul finch), Intake- (waiting on two scans & Rays),
          Watkinson v. Dept of Corrections, 540 P.3d 254 AK Supreme Court
[@ 275-276] But there is a Specific Statutory definition for the Scope of 2023
employment that applies to certification decisions which does not permit the
attorney general to certify that alleged intentional torts committed by State ————→ over
                                                                                            Back Side

Prisoner's Signature _____

### Superintendent's / Director's Decision:

Sir based upon the preponderance of evidence of
the Disciplinary Board Findings along w/ all time
Lines being met & consideration of the totality
of the evidence Your Request for Appeal is
Denied.

INMATE COPY

Superintendent / Director Signature: _____

Exbt B-15



DEPARTMENT OF CORRECTIONS

# Appeal Of Disciplinary Action Form:

Date: 3/13/2024   Offender #: 284883

Prisoner's Full Name: JACKSON, SCOTT

Appeal Due: 3/18/2024   @ _____   Turned in on: _____ @ _____

Institution: Point Mackenzie Correctional Farm   File #: 24-002

### Instructions and Type of Appeal
Prisoner to check the type of appeal—only one type may be entered.

| Committee / Hearing Officer Decision: | Superintendent's Decision: |
|---|---|
| To appeal the decision of the Disciplinary Committee / Hearing Officer, the prisoner must submit a written statement of appeal on this form, through the Disciplinary Hearing Officer, to the superintendent within three (3) working days of receipt of the written disciplinary decision. The Superintendent will respond within ten (10) working days of receiving the appeal. | To appeal the Superintendent's decision to the Director of Institutions, the prisoner must submit a written statement of appeal on this form, through the Disciplinary Hearing Officer, within two working days of written notification of the Superintendent's decision. The Director has 15 working days, after receiving this appeal to respond. A decision on the Director's appeal is the final decision and order of the Department. |

### Appeal Statement
Continue on back of this sheet if more space is needed.

No appeal. received 3/14/24

Prisoner's Signature _____

## Superintendent's / Director's Decision:

Superintendent / Director Signature _____

DOC. Form 809.04G

Page 2 of 2   Exh. B-16   Rev: 08/18/17

Case 3:24-cv-00216-SLG   Document 1-1   Filed 10/03/24   Page 75 of 115

Index:

Exh.
B-16   DOC's Attempt to mis-represent record by creation
       of false and constructed misrepresentation of
       facts.

90



SDI* 091083

NOTICE of Attempted Informal Resolution.

Intentional Infliction of Emotional Distress!

'TE OF ALASKA
DEPAR MENT OF CORRECTIONS

**INMATE COPY**

## Request For Interview Form:
**SECURITY – White    MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

Response & Action Required!

| Printed Name: | SCOTT E Jackson | Institution: | Goose Creek Correctional Center |
|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | GCO    14 T | Date: 4-28-24 |
| DOB: | 1-1961 | How long has the problem existed? | | |

To: Disciplinary Dept. Attn: Kline - I am in receipt of "your" responding to my
Request: Appeal to Jeremy Haugh, or Director of Institutions. You state a
reduction to informational took place, yet no paperwork has ever been produced
to me. (They must contain the appropriate wet-ink signatures as well). As I was
irreparably injured and wrongfully accused & punished, while all of you had
notice, I intend to seek redress. Under the Younger-abstension doctrine, full
exhaustion of remedy must take place. The director of institutions is the final
prior to civil action. Your implicated in the action and your "Interception"
to attempt passification upon redress further shows intent. CEASE & DESIST!
I require a copy of all communications & actions that relate to this matter be
provided to me within (3) three days, or I shall add another grievance and
file my action with the courts without exhaustion. Also, send my appeal
on to director of inst. tutions. FYI- the levy of the Prisoner Signature: (reprinted)  [signature]
punishment inflicted did not fit an informational, nor
did I agree to the remedy. Respectfully submitted.

Action Taken: Major, or B write-ups, can be appealed to
the DOI. High-moderate, or C level write-ups,
are done at the institutional level, not DOI. Since
you appealed to the superintendent that is the last
course of appeal action. If you want more copies
for your hearing/write-up paperwork, contact records

| Employee Signature: [signature] | Employee Printed Name: SSgt McElmury | Date: 4-29-24 |

(For Guarding the Henhouse)

Final Action Taken: with an OTA slip to pay $.15 per
page.

| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Exhibit C-1

**Distribution:**

**Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR then to medical records.
Copy to prisoner.

DOC, Form 808.11A                    Page **1** of 1                    Rev: 09/17/18



SDI # 091083

G 14 T

TE OF ALASKA
DEPA⎯⎯⎯MENT OF CORRECTIONS

# Request For Interview Form:

SECURITY – White     MEDICAL - Yellow
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott E Jackson | | Institution: | Goose Creek Correctional Center | | |
|---|---|---|---|---|---|---|
| Offender #: | 284883 | | Mod / Quad: | Goat mod     14 Top | | Date: 4-8-24 |
| DOB: | ⎯⎯1961 | How long has the problem existed? | | | | |

To: Director of Institutions throu Disaplenary
Request: I am Sending you this Infomation due two my Denial of my Appeal on my
C-7 write up from "print meckenzie. The form" I was told by po Gilroy that it was
made Internationel. This write up was for a positive up four Sub "Sublicade"
that I am "perscribed" by a doctor. paul Finch four my Recovery. Here are the
Exbts. of my Appeal

Exbts: B-1 to 15
Exbts: A-1, A-1-2, A-2, A-3, A-4-1, A-4-2, A-4-3, A-4-4, A-5, A-6, A-7, A-8,

Prisoner Signature: Sct E Jckn

Action Taken: You can't Appeal the Director of Instituluns on
A internatical

| Employee Signature: | | Employee Printed Name: SSgt K lui | Date: 5/25/ |
|---|---|---|---|

| Final Action Taken: | | |
|---|---|---|

INMATE COPY

| Employee Signature: | | Employee Printed Name: | Date: |
|---|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**     **Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.

Exbt C-7

\* Notice to Agent is Notice to Principal / Notice to Principal is Notice to Agent \*

I certify under the threat of perjury, the information contained herein is true and correct to the best of this Author's knowledge, without prejudice.

4-5-2024
<u>Date</u>

Signature/Restricted

Without Prejudice or Recourse.

Temporary Mailing:
22301 West Alsop Rd.
Wasilla, AK. 99623

Sworn before me this 5 day of April, 2024 at Wasilla, Alaska.



Notary Public

Comm. Exp.

Page ___ of ___



SDI # 091083

STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

INMATE COPY

You are directed to place all evidence related to the write-up in master file in addition to forwarding my appeal to director of institutions.

## Request For Interview Form:

SECURITY – White     MEDICAL - Yellow
(NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott E Jackson | Institution: | Goose Creek Correctional Center |
| Offender #: | 284883 | Mod / Quad: | Golf    14   T | | Date: 4-29-24 |
| DOB: | ~1961 | How long has the problem existed? | | |

To: Disciplinary Attn McElwy -and- Kline: Your 4/29/24 response
Request: to my 4/23/24 RFI Exhibit C-1 is incoherent. #1) I have seen no paperwork as to any reduction (nor did I accept it as a remedy) #2) An informational does not carry a 7 day solitary confinement penalty (nor did the situation warrant such). #3) Let me draw your attention to Exhibit B-5 (Super. decision to director of institutions), also to Exhibit B-7 (The Director of institutions in this disc. matter is a final order). You won't be charging me for something (.15 per page) when you are required to provide it to me "as notice" under policy. You still have not provided me documentation relating to the supposed reduction from a (C-7 to informational) - provide it. Also, I am attaching the file again to be given to Director of Institutions. I will be forwarding this to the ACLU as well. Respectfully,
See March 31st, 2024 Article ADN!

Prisoner Signature: [signature]

Action Taken: ① Direct your attention to 809.04 for appeal process. ② I will forward your request for your copy to Pt mac. ③ If you received your copies, you will then need to pay $.15 per page for any additional copies (you) want.

| Employee Signature: [signature] | Employee Printed Name: SSgt McElwy | Date: 4.30.24 |

| Final Action Taken: | |
| | |
| | |
| | |

| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ (Not allowed for Medical RFIs.)

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Exhibit C-1

Distribution:     Security RFI:
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

Medical RFI:
Original scanned in to EHR and then to medical records.
Copy to prisoner.



**Paul Finch, PA-C, MPH**
northcountrymedical@gmail.com
626 2nd St., Ste. 201B
Fairbanks, AK 99701
Phone: (907) 374-DTOX (3869)
FAX: (907) 374-3870

**NORTH COUNTRY MEDICAL**
Heal • Restore • Build

Thursday, May 2, 2024

To Whom It May Concern,

I am writing regarding my patient, Scott Jackson DOB . He has been in my care at North Country Medical for opioid dependence. He received Vivitrol injections on 8/14/17, 9/1/17, 10/27/17 and Sublocade injections on 1/21/21, 4/28/21, 5/28/21, 11/23/22, 12/23/22, 1/24/23, 3/3/23.

Below is an excerpt from the prescribing instructions from the manufacturer package insert:

**"2.4    Clinical Supervision**

Periodic assessment is necessary to determine effectiveness of the treatment plan and overall patient progress. When evaluating the patient, examine the injection site for signs of infection or evidence of tampering or attempts to remove the depot.

Due to the chronic nature of opioid use disorder, the need for continuing medication-assisted treatment should be re-evaluated periodically. There is no maximum recommended duration of maintenance treatment. For some patients, treatment may continue indefinitely. If considering stopping treatment, the clinical status of the patient should be considered.

**If SUBLOCADE is discontinued, its extended-release characteristics should be considered and the patient should be monitored for several months for signs and symptoms of withdrawal and treated appropriately. After steady-state has been achieved (4-6 months), patients discontinuing SUBLOCADE may have detectable plasma and urine levels of buprenorphine for twelve months or longer** *[see Clinical Pharmacology (12.3)]."*

Of course, send out confirmatory quantitative urine testing should correlate with his history of achieving steady plasma state and should correspond with declining urine levels.

Thank you very much for your consideration!

Regards,

**Paul Finch, PA-C, MPH**

Exhibit
C-5

## Marsha Oss

| | |
|---|---|
| **From:** | Chenoa Williams <admin1@northcountrymed.org> |
| **Sent:** | Thursday, May 2, 2024 3:17 PM |
| **To:** | Marsha Oss |
| **Subject:** | Doctor's letter for Scott Jackson |
| **Attachments:** | scan0063.pdf |

To whom it may concern,

Attached is the letter requested for Scott Jackson stating that you can test positive for BUP for 12 or more months after reaching steady state with sublocade treatment.

Thank you for you time,

~Chenoa Williams

Receptionist, North Country Medical

For any additional information, please call 907-374-3869.

Exhibit
C-5.1



ATT:
PO Gilroy
Echo mod

SDI #091083 1of.5

STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

INMATE COPY

## Request For Interview Form:

SECURITY – White    MEDICAL - Yellow
(NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott E Jackson | Institution: | Goose Creek Correctional Center | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf   14 Top | Date: | 4-26-2024 |
| DOB: | -1961 | How long has the problem existed? | | | |

To: Echo mod P.O. Gilroy

Request: Well I am writing you this as a fallow up on my R.F.I. that was Sent two you on 4-21-2024. obviously you are not doing What you told me you were going two do. And your Not going two Answer any of my Request form's. So this is well "Noted" and it's Just more "Evidence" in my Case. So Thank you for Nothing and you have a wounderful day.

(Prisoner Signature: [signature]
(Restricted)

Action Taken:

Employee Signature: ___   Employee Printed Name: ___   Date: ___

Final Action Taken: I've reviewed your file, found the updated Desciplinary action from AMCF, and concur with the guilty findings. I wish you well.

Employee Signature: PO Gilroy   Employee Printed Name: PO Gilroy   Date: 4.28.24

Check here if response to prisoner was made verbally: ☐ (Not allowed for Medical RFIs.)

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Exhibit C-6

Distribution:    Security RFI:
                 Original to prisoner case record.
                 Copy to Prisoner. (Unless response was made verbally.)

Medical RFI:
Original scanned in to EHR and then to medical records.
Copy to prisoner.

DOC, Form 808.11A



ATT: Echo
P.O. Gilroy

# INMATE
STATE OF ALASKA
DEPARTMENT OF CORRECTIONS
~~COPY~~

I certify under the threat of perjury, the information herein is true and correct to the best of this Author's Knowledge, without prejudice.
(As 09.63.020 Notary Unavailable)
Initials S.J.

## Request For Interview Form:
**SECURITY – White     MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

Response Required

| Printed Name: | Scott E Jackson | Institution: | Goose Creek Correctional Center |
| Offender #: | 284883 | Mod / Quad: | Golf mod   14 | Date: | 4-22-2024 |
| DOB: | -1961 | How long has the problem existed? | | | |

To: __P.O. Gilroy Echo mod__     (Attempt at informal resolution)

Request: So I am not two sure, But I beleave we had an agreement Some time back the middle of march 2024, you told me I got an Informational on my C-7 write up, which was not ture, you also told me that you had my file, And you were going two get with me in a few days and that also was not true, Then we talked again Just because I Ran in to you over at intake, And you told me you had my file again And I told you ever thing that was going on with my write up and my E.M. And you told me two send my RFI's two you because you were going to handle this personally, And I have not heard a word From you So ever thing you have told me So fare is all not true. So how can you be a P.O. you are Supose two help people not fill there head full of hopes, That Some one is going to be there to help you every thing you have told me So far has been a lie

Prisoner Signature: (Restricted) _Scott E Jackson_

Action Taken:

Employee Signature:                Employee Printed Name:                Date:

Final Action Taken: I've Reviewed your file, found the updated Disciplinary write-up from PMCF and concur with the guilty findings. Your EM was denied for Fairbanks. Good Luck with your future endeavors.

Employee Signature: PO Gilroy         Employee Printed Name: PO Gilroy         Date: 4-28-24

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Exhibit C-7

**Distribution:**        **Security RFI:**
                Original to prisoner case record.
                Copy to Prisoner. (Unless response was made verbally.)

        **Medical RFI:**
        Original scanned in to EHR and then to medical records.
        Copy to prisoner.

DOC, Form 808.11A                Page 1 of 1                Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS



_Notice_

# ~~Request For Interview Form:~~

### SECURITY – White     MEDICAL - Yellow
### (NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott E Jackson | Institution: | Goose Creek Correctional Center |
|---|---|---|---|
| Offender #: | 784883 | Mod / Quad: | Golf    14 Top | Date: 5-14-24 |
| DOB: | ~1961 | How long has the problem existed? | 2-28-24 - "ongoing injury" |

To: Disciplinary Attn McElmury: I'm in receipt of your 5/13/24 response
Request: to my 5/11/24 RFI - (Request for production) & Notice.

~ Exhibits C-5, C-6, C-7, but not limited to ~

your response, "already answered", is a "breach of Trust"

& "Duty". You have clearly proclaimed "Intent".

Also, "Confession through Avoidance". You waive all immunity

You may seek to rely upon in your defense. Watkinson v. Dept of
Corr., (12/22/23, AK Supreme Ct)     ~~Prisoner Signature:~~ (Restricted) _Scott E Jackson_
                    Respectfully, without prejudice or Recourse.

**Action Taken:** Again already answered
(You were told how to remedy your request & PT.
Mac, who held the hearing, was contacted to
send you documents, which they did. Continuance
to harass me about this issue will be considered

| Employee Signature: | | Employee Printed Name: SSgt McElmury | Date: 5.15.24 |
|---|---|---|---|

**Final Action Taken:** disobeying a directive. I will not address
this any further.)

| Employee Signature: | | Employee Printed Name: | Date: |
|---|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
        Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**  **Security RFI:**                        **Medical RFI:**
        Original to prisoner case record.                Original scanned in to EHR and then to medical records.
        Copy to Prisoner. (Unless response was made verbally.)    Copy to prisoner.

Exhibit C-8

DOC, Form 808.11A                    Page 1 of 1                    Rev: 09/17/18

IV.
A.
2.
3. Access may not be denied
F... Final disposition
h dsopl.
4.
8.
9.
10.

## STATE OF ALASKA
## DEPARTMENT OF CORRECTIONS

## Request For Interview Form:

SECURITY – White     MEDICAL - Yellow
(NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott E Jackson | | Institution: | Goose Creek Correctional Center | |
|---|---|---|---|---|---|
| Offender #: | 284883 | | Mod / Quad: | Golf    14 Top | Date: 5-15-24 |
| DOB: | ·1961 | How long has the problem existed? | | 2-28-24   on-going | |

To:  P.O. Ham,

Request:   The intent & purpose of this Notice and demand is For the production of data as it relates to (C-7 to inFormational) upon Case# 24-002 I was told that C-7 was reduced to inFormational by employee's here at Goose Creek, PO-Gilroy and Sgt Kline. IF this is truth and Fact it will be in my File. And I have the right to see whats in my File with the accompany of my I.H.P. in House PO. So I am Requesting that you Show me were in my File that it State's Case# 24-002 has been reduced to an inFormational like I was told to beleave that's what became of Case# 24-002.

See Authority's Above

~~Prisoner~~ Signature: _(signature)_
(Restricted)

Action Taken:   24-002 has a guilty finding not informational. It Shows your appeal was denied on 3/27/24. This information was gathered via our Computer data system in which I cannot provide you information from.

| Employee Signature: | | Employee Printed Name: PO Ham | Date 5/20/24 |
|---|---|---|---|

Final Action Taken:

| Employee Signature: | | Employee Printed Name: | Date: |
|---|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Distribution:      **Security RFI:**                                      **Medical RFI:**
                   Original to prisoner case record.                   Original scanned in to EHR and then to medical records.
                   Copy to Prisoner. (Unless response was made verbally.)   Copy to prisoner.

Exhibit C-9



Notice ~~File Review~~

# Request For ~~Interview~~ Form:

**SECURITY – White    MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott E Jackson | Institution: | Goose Creek Correction Center | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Gulf | 14 Top | Date: 6/2/2024 |
| DOB: | ? 1-1961 | How long has the problem existed? | | | |

To: PO Ham: on 5/15/24 I sent you an RFI informing you of my
Request: intention of viewing my entire file. As beneficiary of trust
now .."and then" established, I have a right to the information and
performance of the trust. You are in breach, as a trustee. I am
allowing you to cure the breach by making available the file
(complete - No Redactions) within (3) days of your receipt of this
"Notice" I draw your attention to: Chpt. 602.01
IV", (A) (2) (3) (F) (H) (4) (8) (9) (10), Also 22AAC 05.090, AS 33.30.011
& 22 AAC 05.095, AS. 33.30.211. This is Notice of Required Access
(Not to be denied) Refusal or breach is a showing of "Intent".

~~Prisoner~~ Signature: _[signature]_

Action Taken: What you are asking takes time to prep you aren't
being denied you are on hold until time permits. You are not
authorized to see an unredacted file. You are authorized to see
a redacted version of your active file.

| Employee Signature: | Employee Printed Name: PO Ham | Date: 6/4/24 |
|---|---|---|

| Final Action Taken: | | |
|---|---|---|
| | | |
| | | |
| | | |
| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**   **Security RFI:**                                    **Medical RFI:**
                        Original to prisoner case record.                  Original scanned in to EHR and then to medical records.
                        Copy to Prisoner. (Unless response was made verbally.)   Copy to prisoner.

Exhibit C-10

Case 3:24-cv-00216-SLG   Document 1-1   Filed 10/03/24   Page 87 of 115
DOC, Form 808.11A                    Page 1 of 1                    Rev: 09/17/18

# Affidavit

Writen by    Scott E Jackson

   I am writing this Letter to tell you a little bit about my self, And Some of my History. I was born and Raised in Seattle wash. I Started working Construction my Frist real Job in 1975. Before that it was Just odd Jobs. I got turned on to drugs at an early age. In Seattle wash back then it was work Hard and party Hard, thats Just How it was. As I got older I had to learn how two live on my own. I Spent most of 1979 thru 1981 fishing on Crab Boats our of Alaska. I got married in 1982 to a woman from Sitka Alaska. we lived in Seattle we had my Son in 1983. I was working as a plumber and I was a Valinteer Fire fighter four 10 years in Seattle. We decided two move to Alaska So we did and we ended up in Anchorage Alaska. This was back in 1987 we lived in Anchorge for about 8 years. I Started two get in to drugs alot well living in Anchorge. It Started alot of problems with my family So I put my Self in treatment in Nugents Ranch in palmer Alaska. I Spent 6 mounths in treatment and I left my wife. We decided She was going to take my Son with her. two Sitka alaska She went two School and became a treatment Counkler in Sitka. I myself moved two fairbanks Alaska. In 1993 All I had was an old Ford truck and a green duffle Bag with Some Clothes in it. when I got to fairbanks I met Some

Writen by        Scott E Jackson

people and unfoarchuntly for me I was right back
in the drug seen again. I didn't have a Job so
the people I was Hanging out with they would
steal from the Stores thats How they would pay
for there drugs. So I Started to do the Same thing
and I was going back and fouth two Jail for theft
I would get on diffrent drug programs two try to
Stop doing drugs. But I keep kept Hanging out with the
Same people. So I Never could get away from the
drugs. after going back and fouth to Jail for Several years
and I kept telling myself I want to get out of this
life and do Some thing diffrunt Finnaly after years of drug
Addiction and prison. About 7 years ago. I was fighting a
Case in Court for 5 1/2 years they were trying two give
me a 11 yeas Sentance. well fighting this I got on a drug
program with my Doctor it was Sublicade its a Shot they give
you and it is time releasn It Stays in your System up to
36 mounths. After going back and fouth with the Courts for
5 1/2 years I finnaly took a deal Four 3 years and 6
mounths. well out on Bail and Ankle monitor for 5 1/2 years
after I did a Change of plea I turned my Self in Dec 6
2023 to Serve my time for that Case. When I was in
Fairbanks Correctional Center back in the end of Dec I
was Asked to pervrich a u/A and I told them it was going
to be positive for B.U.P from my Sublicade Shots. And it
Came up positive for B.U.P. So they Checked

Writen by    Scott E Jackson

With my Doctor paul Finch. That is who perscribed the Sublicade Shots two me for my Recovery from Herion and it works I have been Clean four about 3 years Now. I was given an informational from Fairbanks Correctional Center on my positive U/A For B.U.P. Before leaving Fairbanks I put in four "E.M. Ankle monitor" I was transfered two Goose Creek Correctional Center towards the end of January 2024. I came two Goose creek min Custody with my points at one. well in intake S.M.U. I was sent a form Saying that I was eligable four point mackenzie "The farm" So I filled out the form and turned it in Saying yes I Would like to go. I figered I Could make Some money two take Care of my Self and pay four my E.m. Ankle monitor. So the night mare begains February 28-2024 they Roll me up the night before and tell me I am being transfered two point mackenzie when I got out to Intake. that morning I was Strip Seratched and Transported two point Mackenzie buy Bus When we Arrived at point mackenzie there was Four of us we were taken two a Room and Scaned and then we were taken back to the main office and asked to pervied a U/A when I was Culled to pervied a U/A I told them that I was going to test positive for B.U.P. Sublicade because of my Shots from my Doctor and they U/A me and it was positive for B.U.P. So they Strip Seratched me locked me in a Holding Cell

Writen by Scott E Jackson

and Had Sumeone watching me. Then they put me in Chains and Hand Cuffs and took me back to Goose Creek and Scaned me two more time's and Strip Search me and throw me in the Hole. The Hole time I kept telling everyone this is from my Sublicade Shots that are perscribed buy my doctor. All you have two do is Call him or look at my paper work in my property and you will See the Same thing happened in Fairbanks and they Called and talked to my doctor paul Finch and found out I am on Sublicade. But NO one here at Goose Creek WANTed to do any thing about it. I even Called my Son well I was in the Hole and He got a hold of my doctor paul Finch in fairbanks and they Called Goose Creek medical and Disaplanary and Spoke with Sgt Kline in Disaplanary and medical and my Doctor also Faxed my medical Records to medical and two Sgt Kline in Disaplanary. AND they were well aware of my Sublicade Shots but they Still moved Forward with a C-7 write up and 7 Days in Sg "Hole" I asked For my Records From my doctor that he had Faxed here two Disaplanary and also from medical and NO one here at Goose Creek would give me any thing I Requested due to my write up So I put in what I had two Appeal my write up and ever thing I did they denied. I have done ever thing by the policy that they reguier and they denie me ever

Exhibit C 14

written by   Scott E Jackson

Time I am trying two Send my Information to the Director of Instotutions and they keep denying me to do that. This has been very Stressful they have Cut me off from being able two move forward in ever way. So I am hoping you Can read this Info that I have and get it out there So this dose not Continue to happen to others. And also Show the people out there whad they are doing in here it is wrong they need two be put on notice. I have proven two them that I was perscribed a medication by a doctor for my Recovery from drug Addiction and they are Covering it up and doing what they want Which is wrong. They are putting me and my family through Stress & Destress unfare punishment for Some thing I have not done. Here is all the Exhbits of my Appeal and of All the Information I have put together in this Case. I hope this will not only Help you to bring this out in the open to the publics eyes But also Help me get Justice and Compensation For what they have done to me.

I Certify under the threat of purjury the information Contained herein is true & Correct to the best of this Authers knowledge without prejudice, (AS) (09.63.020 Notory Unavailable.)

Exhbits: A-1, A-1.2, A-2, A-3, A-4.1, A-4.2, A-4.3, A-4.4, A-5
A-6, A-7, A-8
Exhbits: B-1, B-2, B-3, B-4, B-5, B-6, B-7, B-9, B-10, B-11, B-12
B-13, B-14, B-15
Exhbits: C-1, C-2 (C-3 is a Notory And I do not have a Copy)
C-4, C-5, C-6, C-7, C-8, C-9, C-10, C-11, C-12, C-13 C-14, C-15

Exhbit
C- 15

# People involved in Sublicade Case of Scott Jackson

## Point Mackenzie

Superintendent - Moore
SSGT - Amand
SGT - Robinson
LT - Dyer
LT - Flint
Officer - Burkett
Officer - Vandike

## Goose Creek

Superintendent - Flowerdue
Superintendent - Jones
Sgt - Hall
Sgt - Kline
SSgt - McEmury
P.O. III - Rodriguez
P.O. III - Thomson
P.O. Scarborough
P.O. Gilroy
P.O. Ham
P.O. Cole

## Goose Creek Medical

Exh
C-16



SDI # 091083

STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

Notice of Appeal

Directive &

## ~~Request For Interview~~ Form:

SECURITY – White    MEDICAL – Yellow

(NOTE: Do not use for medical emergencies!)

I certify under the threat of perjury the information contained herein is true & correct to the best of this Arthurs knowledge, without Prejudice.

AS 09.63 020 Notary unavailable
6/5/24     Scott E Jackson
Date        Signature Restricted

| Printed Name: | Scott E Jackson | Institution: | Goose Creek Correctional Center |
|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf    14 Top | Date: 6/5/2024 |
| DOB: | ~1961 | How long has the problem existed? | | |

( Last Attempt of Informal Resolution of this matter at Administrative level)

To: ~~Request:~~ Director of Institutions -- through Disciplinary . 1st NOTICE to whom it may concern (in Disciplinary Dept.) -- You are directed to forward to Director of Institutions -- all data herein -- (relating to appeal 24-002). The Intent & Purpose of this Communication is presentment of facts and Appeal as it relates to 24-002. I was presumptively found Guilty- (upon my protest). My appeal to Superintendant was denied, Exh. B-15. Sgt Kline told me on 4/25/24 that I could not appeal to Director of Institutions on an informational matter I attempted to appeal 24-002, Exh. C-2, I have formally requested to review my file but have not been allowed to do so, Exh. C-9. As you will see from the attached Exhibits - see also attached Exhibit Index, your employees are attempting a cover-up & in an "organized" fashion (RICO), of an egregious Trespass (with indisputable Intent). Latches do not attach based upon facts in record. Appeal MUST move forward & required. (Respectfully Submitted -- in peace without Prejudice or Recourse )

~~Prisoner~~ Signature: Scott E Jackson
(Restricted)
- Settlor -

| Action Taken: |
|---|
| |
| |
| |
| |
| |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

| Final Action Taken: |
|---|
| |
| |
| |
| |

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ (Not allowed for Medical RFIs.)

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Distribution:    Security RFI:
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

Medical RFI:
Original scanned in to EHR and then to medical records.
Copy to prisoner.

Exhibit D-1

Rev: 09/17/18

DOC, Form 808.11A

Scott Jackson SDI # 091083 1 of 5

# INDEX of DATES and EVENTS & Exhbits

3/14/24 - UTO Copys RFI - OTA - Legal Copys Request Form

3/14/24 - Medical RFI - Release of information Form OTA Exhibit: B-10

3/14/24 - Sent Intake RFI about copys of Body Scans on 2/28/24 done at Goose Creek two Scans After point mackenzie

3/17/24 - Appeal of Disciplanary Action Form

3/17/24 - Sgt Gusman Disciplanary FCC - Fairbanks RFI Report was made informational For C-7 write up For BUP Sublicade on 1-31-24 Exhbits: A-1, A-1.2, A-1.3.

3/17/24 - RFI two Sgt Kline about reciving Fax and phone Calls From my Sublicade Doctor paul Finch. His responce 3-13-24, yes Someone Faxed me your Information. Exhbit: A-2

3/17/24 - RFI Sent to Goose Creek medical about Fax and phone Calls From my Sublicade Doctor paul Finch on 3-12-24. Exhbit: A-3

3/17/24 - AFFidavit Exhbits: A-4.1, A-4.2, A-4.3, A-4.4

3/17/24 - RFI to Goose Creek medical about my Sublicade Shots with my Doctor paul Finch 2-28-24. Exhbit: A-5

3/17/24 - RFI to P.O. III valvil about my E.M. and my Sublicade Shots with Doctor paul Finch And Reciving a positive U/A For Sublicade 2/28/24. Exhbit: A-6

3/17/24 - RFI to Add Seg P.O. about my positive U/A For BUP in FCC Fairbanks For Sublicade Shots From Doctor paul Finch, paper work in my property Box about my C-7 in Fairbanks FCC was made Informatonal 2/28/24. Exhbit: A-7

3/17/24 - Body Scans From point mackenzie 2/28/24. Exhbit: A-8

3/17/24 - Medical RFI to FCC Fairbanks Correctional Center. And it was Answered by Goose Creek medical. Sublicade Stays in your System over a year it Can Stay in your System up to 36 mounth 3/13/24 Exhbit: A-9

3/15/24 - made two Copys of my Appeal, And Added to more Exhbits: A-1.3, A-9.

3/17/24 - Turned in my Appeal For a C-7 write up For a positive U/A For Sublicade that was a medication perscribed to me by my Doctor paul Finch, Turn in Appeal 7:29 Pm. on 3/17/24 Held it up in Front of Camra well putting it in Appeal Box.

Exhibit D-2

# Scott Jackson

3/19/24 - Sent RFI to P.O. Gilroy about the incident at point Mackenzie and at Goose Creek. And about my Ankle monitor and Contacting Marsha oss from Re-entry in Fairbanks.

3/18/24 - I Recived my RFI I Sent two Sgt Kline He Stated that medical had my Records and two send them an RFI. I asked Sgt Kline for the Information my Doctor paul Finch Sent to Sgt Kline in Disaplanary NOT What they Sent to medical. But what they Sent to him Exhbit: A-2

3/18/24 - I Recived my RFI I Sent to medical R.O.I. and RFI Requesting the information that they Recived From my Doctor paul Finch. There Responce was medical Records has Information. Thats not what I Requested. I asked for Copys of the Information that was Faxed to them From my Doctor. Exhbit: B-9

3/20/24 - I Responded two Sgt Kline responce to my RFI I Sent to him on 3/13/24 Requesting thes Information that he Recived and addmitting that he Recived From my Doctor paul Finch about my Sublicade Shots. Exhbit: B-13

3/22/24 - Sent RFI to P.O. Gilroy about my Ankle monitor She told me, She Pulled my File and would Speak with me on Monday. This was on a thursday She told me this. She never Showed up.

3/27/24 - Sent another RFI to P.O. Gilroy Asking her How Come She never Came to talk to me about my E.M. or the positive ufa For Sublicade

3/28/24 - Sent RFI to P.O. Ham with all the Information about P.O. Gilroy and my positive ufa For Sublicade Also about my E.M..

4/1/24 - Sent RFI to P.O. Ham about my E.M Ankle monitor and why I have NOT heard anything.

4/3/24 - Sent RFI to P.O. Gilroy trying to Find out why She never Responded or talked to me. She Just Stoped.

4/7/24 - Sent RFI to P.O. Gilroy to remind her of our talk we had about my E.M.

4/8/24 - Sent out to Director of Institutions my Appeal Information Never made it. It was Stopped by Sgt Kline.

4/12/24 - Sent RFI P.O. Gilroy trying to get her to Respond. Trying to Find out what happened to her She told me things She was going to do and never Followed through.

Exhibit
D-2.1

## Scott Jackson

Sent RFI to P.O. Gilroy about her NOT Following through with what She Said
4/14/24 - also about transfer to palmer and E.M. Sending me another E.M. packet

4/15/24 - 10:50 A.M. talked to marsha oss She told me She Recived my R.O.I's
I Sent her For her and my Doctor paul Finch. She Said paul talked to
Employee's Here at Goose Creek. And that I have a law suit against ever
one involved in this Sublicade Case. So he Said take them to Court. that
I have a Case against them and that I will win.

4/11/24 - Sent RFI to P.O. Cole about my E.M. And How He Can make desistion
on my E.M. why E.M. is out of Fairbanks

4/18/24 - I Recived an RFI Back From P.O. Gilroy on march 27/24 16 Days
later to get a Reply and it wasen't even From P.O. Gilroy it was answered
by Valvil this RFI was about her telling me She was going to meet with
me and also about my E.M. that was Denied by P.O. Cole

4/22/24 - Sent another RFI to P.O. Gilroy Asking her For a responce to my
RFI and how everything She Said has Been NOT true. From her telling me
my write up was Informational and how She was going to work on
my Stuff and How She had my File None of it was "true"

4/23/24 - mailed my Son a New power of Attorney & Benifiuary and also a
list of names of the Employees From Department of Corrections
that are part of my Sublicade Case. that is going in Front of the
Courts

4/24/24 - mailed my Son the Feist 11 pages of my Appeal on my Sublicade
Case. And a letter. Pages 1-11

4/29/24 - Sent out another 8 pages to my Son on my Appeal plus a letter
Pages 12 thru 19

4/28/24 - Resend my Appeal back to the Director of Instatutions the one that
Sgt Kline Intercepted and Answered on 4/25/24 11 Days After I frist
Sent it out to the Director of Instatutions, It was Intercepted by
Kline. (Fox Covering the Hen House) Contains 29 Pages.
Exhbits : A-1x8 Plus A-1.2
Exhbits : B-1x15
Exhbits : C-1, C-2, C-3, C-4, C-5, C-6, C-7, C-8, C-9.
Exhbits : D-1, D-1.2, D-1.3

Exhbt
D-2.2

5/11/24 - Turned in RFI to mcEnnery about my C-7/informational/Sublicade
write up.

5/11/24 - Sent my Son a letter. also power of Attorney and Benifiuary and
all Should Happen
to me He will proceed Forward with the Courts on my Case.

# Scott Jackson

4/29/24 - Sent out a copy of my Appeal and information to ACLU Alaska. Supose to have Contact with ACLU NEXT week

5/15/24 - Sent RFI to P.O. Haun letting her NO that I wanted to look at my Files with her present I have the right to see my Files. Exhbit: C-9

5/14/24 - Sent RFI to Disciplinary Attn McEnury. Exhbit: C-8

5/11/24 - Sent RFI to Sgt McEnury. Exhbit: C-7

5/6/24 - Sent RFI to Sgt McEnury. Exhbit: C-6

5/3/24 - Sent RFI to Disciplinary Attn: McEnury and Sgt Kline. Exhbit: C-5

4/29/24 - Sent RFI to Disciplinary Attn: McEnury and Sgt Kline. Exhbit: C-4

4/8/24 - Sent RFI to Director of Institutions through Disciplinary. Exhbit: C-2
Sent RFI to Disciplinary Dept Attn Kline: Exhbit: C-1

6/5/24 - RFI to Director of Institutions Last Attempt on my Appeal Exhbit: D-1

6/3/24 - Index of Dates and Exhbits. Index Exhbits: D-2, D-2.1, D-2.2, D-2.3

6/5/24

(AS) 09.63.020 (Notary unavailable)
I certify under the threat of perjury the information herein is true.

Exhbits D-2.3

# Scott Jackson

6/2/24 - Sent another RFI to P.O. Ham about viewing my file. The first one I sent was on 5/15/24. Still have not been Shown my file Exhbit: C-9, C-10

6/5/24 - Putting together my Last Attempt of Informal Resolution of this matter at Administrative level. To Director of Institutions, waiting on more Information that is needed for this Appeal Exhbit: D-1

6/5/24 - I sent medical Records an RFI Requesting copys of Fax From Doctor Paul Finch. This has to do with Exhbits: B-10, B-12, B-11, B-9, A-5, A-3

5/22/24 - Sent RFI to P.O. Ham about my Appeal, Sublicade Shots, Also about my furlough Exhbit: D-3

5/29/24 - Sent RFI to P.O. Ham about EM Exhbit: D-4

5/30/24 - Sent RFI to P.O Ham about my treatment Assasment and Ankle monitor, Exhbit: D-5

6/6/24 - I Recived the RFI Back From medical Records that I sent on 6/5/24 Requesting copys of documents that my Doctor sent to medical (there Responce was copys of medical Records for legal issues must be Requented by your lawyer) Exhbit: D-6

6/6/24 - Resent RFI to medical Records Requesting copys of documents for my Appeal.

6/8/24 - B-16 D.O.C's Attempt to mis-represent record by creation of False and Constructed mis representation of Facts.

Exh D-2.4



*SDI # 091083*

STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White     MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott E Jackson | Institution: | Goose Creek Correctional Center | | |
|---|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf | 14 Top | Date: 5/22/24 |
| DOB: | .1961 | How long has the problem existed? | | | |

To: P.O. Ham

Request: I am writing you this Request due to are Conversation we had on 5-22-24. (one is about my Appeal that was denied for a C-7 write up for a positive UA For BUP which I was perscribed by a doctor from Fairbanks "Sublicade Shots" Doctors paul Finch)(Sublicade Stays in your System up two 36 mouths.)(Two: Also I talked to you about my Furlough that is Comming up June. 28/2024 If there is any thing I NEED two do before I Come up eligable for my furlough on the 28 of June. And I beleave you told me "NO" there is Nothing you need to do. If you have any thing please let me NO. I will be going back two Fairbanks.

Thanks For your time

~~Prisoner~~ Signature: *SP E Ham*

Action Taken: I will request a few things from you closer to the date, but no nothing on your end starts the process for furlough application.

| Employee Signature: | Employee Printed Name: PO Ham | Date 5/28/24 |
|---|---|---|

| Final Action Taken: | | |
|---|---|---|
| | | |
| | | |
| | | |
| Employee Signature: | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

| Distribution: | **Security RFI:** | **Medical RFI:** |
|---|---|---|
| | Original to prisoner case record. | Original scanned in to EHR and then to medical records. |
| | Copy to Prisoner. (Unless response was made verbally.) | Copy to prisoner. |

*Exhibit D-3*

SDI # 091083



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

**SECURITY – White    MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott F. Jackson | Institution: | Goose Creek Correctional Center |
|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf    14 Top | Date: | 5/29/24 |
| DOB: | -1961 | How long has the problem existed? | | | |

To: P.O. Ham

Request: I am answering your responce to my RFI, yes I would perfive to E.M. back two Fairbanks If they will Aprove me to take ~~Ester~~ what Actions they request, on Aproved of my E.M. once back in Fairbanks. The assesment is all ready Complete, the other part can be Completed well doing outparent treatment. that way they are both done at the Same time.

Thanks

Prisoner Signature: _Scott F. Jackson_

Action Taken: Asked and answered, once Criminal thinking program is complete you may apply for EM to fairbanks.

Employee Signature: | Employee Printed Name: PO Ham | Date: 5/30/24

Final Action Taken:

Employee Signature: | Employee Printed Name: | Date:

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Exhibit D-4

Distribution:   **Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.

DOC, Form 808.11A

Case 3:24-cv-00216-SLG   Document 1-1   Filed 10/03/24   Page 101 of 115
Page 1 of 1                                             Rev: 09/17/18



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

### SECURITY – White    MEDICAL - Yellow
### (NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott E Jackson | Institution: | Goose Creek Correctional Center | |
|---|---|---|---|---|
| Offender #: | 284883 | Mod / Quad: | Golf   14 T | Date: 5/30/24 |
| DOB: | 1-1961 | How long has the problem existed? | | |

To: P.O. Ham

Request: So Apairantlly you did not talk to Electronic monitoring in Fairbanks and tell them about my treatment 2.) outpatient assesment also about Completing the Criminal thinking program at the same time as treatment. Because clearly you are going by the action that was given back in 4/1/2024. So you can go ahead and start my 30 day verification on my Furlough. Because for one I asked you if there was any thing I needed to do all most a month ago and you said "NO". Two I am not requiered to do any thing from the Courts. And three I am not going to take a Class and then get Denied EM. And I new this was going to happen. So I have all ready Sent Electronic monitoring a letter in Fairbanks. So If you would Start my Furlough Please!. Thank you

Prisoner Signature: _[signature]_

Action Taken: Your victim notification for furlough has already been sent. Em was notified their answer was final, see attached.

| Employee Signature: | | Employee Printed Name: P.O. Ham | Date: 6/4/24 |
|---|---|---|---|

| Final Action Taken: | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Employee Signature: | | Employee Printed Name: | Date: |

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

**Distribution:**

**Security RFI:**
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

**Medical RFI:**
Original scanned in to EHR and then to medical records.
Copy to prisoner.

_Exhibit D-5_

**Ham, ▇▇▇▇▇(DOC)**

| | |
|---|---|
| **From:** | Bassett, ▇▇▇▇ (DOC) |
| **Sent:** | Tuesday, June 4, 2024 11:15 AM |
| **To:** | Ham, ▇▇▇▇ (DOC); Gilroy, ▇▇▇▇ (DOC) |
| **Subject:** | RE: Jackson (OB 284883) |
| **Attachments:** | Scott Jackson Letter to EM 6.4.24.pdf |

Good morning,

I received the attached letter from Mr. Scott Jackson in reference to his EM application. Mr. Jackson's EM application was denied on April 1st, 2024, this letter was sent well outside the 5-day appeal window and (obviously) not through his IPO. Please inform Mr. Jackson that his EM application was denied and an appeal will not be accepted at this time.

**J. BASSETT**
**Probation Officer III, Sentenced EM**

Alaska Department of Corrections
**1931 Eagan Avenue • Fairbanks, AK 99701**
**Office: (907) 458-6841 • Cell: (907) 328-0399**
**Fax: (907) 458-6751 • j.bassett@alaska.gov**

SAFER ▇▇ ALASKA
Building Stronger Capabilities

Sentenced Electronic Monitoring, Information and Applications

Exh. D - 5.1

Scott E Jackson

Affidavit

5/29/2024

ATT: To the Head of E.M. Ankle monitoring

The intent and purpose of this letter is to explan to
you a little bit about my self And what I have put my
self and others around me through in my drug Addiction in
the past 40 years. I am 62 years old and I was once
Addicted to Herion, and many other drugs over the years. At
Frist I beleave I went down this road of Addiction
to Fit in as Some people would Say. The people I
Choisen to Hang out with this is what they did. I have
all was been a person that was Showen From a young
Boy that I had to work Hard and party Hard. my
Father was an Alcoholic and a very hard worker. I got
married when I was 20 years old, I was going in and
out of Bars at the age of 18, I was married For 15 years
and I was in to drugs. I was trying to live to diffrant
lives. I was a Fire Fighter and I worked as a plumber
I was part of the Community that I lived in, But I
was Addicted to drugs. Drugs had a hold of my life and
I New it And I have tryed Seavral times to beat this
Addiction. I have been throw treatments inpatient, outpatient
and I have Completed them. I have been on diffrant
medications, But I alwas thought in the back of my mind
ya it's ok I got this, Butt the real truth is I was Just
Fooling my self. untill I came to realize that I am
an Addict and I all was will be, But there also

Exh. D-5.2

UT87

is a way to Control it and that is to make Changes in my life which I have already begone to do. Which are the people that I Chose to hang around and the places. I am in a Sublicade program with Doctor paul Finch. I had an drug and Alcohol assasment done on my own this is for me level 2.1 Intensive outpatient which I am looking Forward to getting Started A.S.A.P. also I understand that I have been Asked to Complete a Crimanl thinking program. I was Hoping that you would Concider me to Start my 2.1 Intensive outpatient treatment and also a Crimanal thinking Class on Aprovel of E.M. Ankle monitor. As Soon as I am Aproved For E.M. I will inroll in treatment and Crimenal thinking and Complet them. Also I will be inrolled in Rer entry with marsha oss and back on my Sublicade program with Doctor paul Finch. I really want to make this Change in my life work and get Started in my Recovery. I really hope you will give me this Chance to prove to not only you but to my Self that I Can have a better life. And be a perducktive person in the Community. And Help others with there Road to recovery.

Thank you and God Bless
Scott Erik Jackson

Exh. D-5.3

(119)

SDI# 091083 1?



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

RECEIVED JUN 0 6 2024

# Request For Interview Form:

**SECURITY – White    MEDICAL - Yellow**
**(NOTE: Do not use for medical emergencies!)**

| Printed Name: | Scott E Jackson | | Institution: | Goose Creek Correctional Center | | |
|---|---|---|---|---|---|---|
| Offender #: | 284883 | | Mod / Quad: | Golf      14 Top | | Date: 6/5/24 |
| DOB: | 7-1961 | How long has the problem existed? | | | | |

To: Medical Records

Request: The "Intent" & "purpose" of this Request is to have released to me Copys of documents that relate to what was Faxed to medical by my Doctor paul Finch. Between 2/28/24 and 3/5/24. Also Back on 3/14/24 I Sent you policy 807.06 (Release of Information) and Also an "OTA" For Copys of the document's I am Requesting. This is For a legal matter to the Courts and Director of Institutions. The RFI that I Filled out with the "OTA" and Release of Information on 3/14/24. Was Answered and Forwarded to medical records. So would you please Send me Copys of my Request. "ASAP"

Thank you

Prisoner Signature: _Sll E Jkn_

Action Taken: Copys of Medical records for legal issues must be requested by your lawyer.

| Employee Signature | | Employee Printed Name: | | Date: 6/6/24 |
|---|---|---|---|---|

Final Action Taken:

| Employee Signature: | | Employee Printed Name: | | Date: |
|---|---|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for Medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

_Exhibit D-6_

Distribution:     **Security RFI:**                                    **Medical RFI:**
                  Original to prisoner case record.                    Original scanned in to EHR and then to medical records.
                  Copy to Prisoner. (Unless response was made verbally.)   Copy to prisoner.

DOC, Form 808.11A                        Page 1 of 1                        Rev: 09/17/18

Attn: Jacqueline Shepherd

I wanted two let you know I have been trying to Contact you by phone, But I beleave they may have Cut off My Communications two the out Side. Because I Can not get ahold of anyone by phone from Here at Goose Creek Correctional Center. When you are done with this Information that I have pervided you to do with what you Can. Could you please Send it to my Son Erik Jackson in Fairbanks AK. Because I plan on taking this in Front of the Courts System I don't Beleave that this Information is Safe here Within Goose Creek or Department of Corrections

My Son's Address is
Erik Jackson
P.O. Box 58201
Northpole, Alaska 99711

Thanks Jacqueline For everything you are doing.

Exh. D-7

SDI# 091083

Print Form

State of Alaska

**Department of Corrections**

Facility: _____ PMCF _____

## Substance Abuse Testing

Prisoner Name: JACKSON, SCOTT    DOB: _____ /1961    Prisoner# 284883

Request specimen be tested for: ☒COC ☒THC ☒OPi ☒AMP ☒mAMP ☒BZO Other: BUP

Request made by: _____    Title: _____    Date: _____

Request approved by: J REICHEL    Title: COIV    Date: 2/23/24

The prisoner, whose identity was verified by ☒Photo ID, was ordered to submit a test specimen on the following basis:

☐ Spot Check ☒Routine ☐Random ☐ Probation and Parole or Outside Agency

The prisoner was asked if any medication had been consumed in the past 30 days:

☒ Prisoner stated has not taken any medication; ☐ Prisoner stated has taken the following medication:

*This information was verified by medical staff*

The prisoner was asked if any unauthorized substances had been consumed in the past 30 days:

☒ Prisoner stated has not taken any unauthorized substances: ☐ Prisoner stated has taken the following unauthorized substances:

The prisoner ☐ Refused to submit ☒ Submitted a test specimen in my presence by way of *urine* The specimen was tested in accordance with the manufacturer's instructions and Departmental and institutional policies and procedures.

The result of the test was (check one):

☐ Negative, the specimen was disposed of with no further action required; or,

☒ Positive for ☐ COC ☐ THC ☐ OPi ☐ AMP ☐ mAMP ☐ BZO ☐ Other: BUP . The specimen was

The test specimen was labeled with prisoner name, prisoner number and specimen date. I maintained exclusive possession and control of the specimen until I sealed in the presence of the prisoner. I maintained exclusive possession and control of the specimen until I transferred it from my possession and control as indicated below.

The prisoner was provided a copy of this form. Prisoner signature: ☐ YES ☒ NO

Prisoner requests specimen be sent to the laboratory for confirmation ☐ YES ☒ NO

### I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT

Date: 2-28-24    Printed Name: Burkett    Title: COII
Initials: JPB

| CHAIN-OF-CUSTODY | | |
|---|---|---|
| | Name and initials of staff | Date & Time |
| Specimen secured: | Burkett JPB | 2-28-24 @ 0655 |
| Specimen transported to laboratory: | | |
| Specimen laboratory result received: | Burkett JPB | 2-28-24 @ 0805 |
| Specimen placed in storage: | | |
| Specimen discarded: | | |
| Specimen transferred to other | | |

Exhibit D-8



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:
### (NOTE: Do not use for medical emergencies!)

| Printed Name: | Scott E Jackson | Institution: | Goose Creek Correctional Center |
|---|---|---|---|
| Offender #: | 284883 | Mod / Cell: | Groff 14 Top | Date: 5-18-24 |

To: Accounting

Request: Here is the prisoner Account Statement Request Form that you sent me to Fill Out for my Request of a "Certified" Six mounth account Statement.

~~Prisoner~~ Signature:
("Restricted") _Scot E Jackson_

Action Taken:

*See attached*

| Employee Signature: | Employee Printed Name: Byron | Date: 5/22/24 |
|---|---|---|

Final Action Taken:

| Employee Signature: | Employee Printed Name: | Date: |
|---|---|---|

Check here if response to prisoner was made verbally: ☐ **(Not allowed for medical RFIs.)**

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to within a reasonable time frame after receipt.

Exhibit D-9

<u>Distribution:</u> Original to Prisoner Case Record.
Copy to Prisoner. (Unless response was made verbally.)
Copy to Electronic Health Record. (If medical RFI.)

STATE OF ALASKA

**OFFENDER TRUST ACCOUNT**
Request for Disbursement of Funds

DEPARTMENT OF CORRECTIONS

OTIS # 284883

I, Scott E Jackson, hereby request that

Dollars $ TBD be disbursed from my offender

account to: Name _____

Address _____

City: _____ State: _____ Zip: _____

Reason for request: 6 month account statement

This disbursement is made: ☐ one time ☐ monthly. I understand that this disbursement will be dependent upon sufficient funds in my
account.

5-15-24
Date

_____
Signature

Institution: EACCC

Date: 5/22/24

☑ Forwarded, Approved ☐ Returned, Disapproved

Action Taken: Not free : 10/22/24

_____
Officer's Signature

Cash Received By _____

Offender Account Control Section: _____

Distribution: White – Onetime: Institution Monthly: Restitution Unit     Yellow – File     Pink – Prisoner

*Department of Corrections, Form 302.12D*
*Rev 08/02*

Exh. D-9.1

Exhibit
D-9.1



# State of Alaska Department of Corrections

## STATEMENT OF ACCOUNT
### GOOSE CREEK CC
Statement Date: 12/22/2023 To: 05/22/2024

Certify this to be a true copy of the original document

*Signature*

5/22/24
*Date*

**ACCOUNT TRANSACTION DETAIL:**

| Offender No: | 284883 | Location | GOOSE CREEK CC | Cell: G14 T |
|---|---|---|---|---|
| Offender Name: | JACKSON, SCOTT ERIK | | | |

| Account: | CHECKING |
|---|---|
| Account | 0.01 |

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 14.95 |
| 2755091-0 | 01/03/2024 | 2    -TILL 10209 RECEIPT / ERIK JACKSON | 0.00 | 40.00 | 54.95 |
| 3485337-4 | 01/04/2024 | 21    -FCCPOSTAGE / POSTAGE | -0.63 | 0.00 | 54.32 |
| 3485338-79 | 01/04/2024 | 15    -FCCCOMMISS / 557451 | -12.41 | 0.00 | 41.91 |
| 3485531-7 | 01/05/2024 | 291    -PAYROLL | 0.00 | 10.00 | 51.91 |
| 3486509-20 | 01/11/2024 | 50    -MEDICALCO- / 432575 | -10.00 | 0.00 | 41.91 |
| 3486578-8 | 01/12/2024 | 291    -PAYROLL | 0.00 | 10.00 | 51.91 |
| 3486884-61 | 01/17/2024 | 15    -FCCCOMMISS / 562985 | -33.93 | 0.00 | 17.98 |
| 3487076-6 | 01/19/2024 | 291    -PAYROLL | 0.00 | 10.00 | 27.98 |
| 3487421-66 | 01/24/2024 | 15    -FCCCOMMISS / 565656 | -24.57 | 0.00 | 3.41 |
| 3487572-6 | 01/26/2024 | 291    -PAYROLL | 0.00 | 2.60 | 6.01 |
| 3487572-8 | 01/26/2024 | 291    -PAYROLL | 0.00 | 13.00 | 19.01 |
| 3487892-62 | 01/31/2024 | 15    -FCCCOMMISS / 567995 | -17.92 | 0.00 | 1.09 |
| 3488119-8 | 02/02/2024 | 291    -PAYROLL | 0.00 | 13.00 | 14.09 |
| 3489188-68 | 02/07/2024 | 15    -FCCCOMMISS / 570622 | -13.44 | 0.00 | 0.65 |
| 3489509-7 | 02/12/2024 | 21    -FCCPOSTAGE / POSTAGE | -0.64 | 0.00 | 0.01 |
| 3489593-11 | 02/13/2024 | 291    -PAYROLL | 0.00 | 13.00 | 13.01 |
| 3490564-15 | 02/27/2024 | 850    -GCCCPRISON | -13.00 | 0.00 | 0.01 |
| | | Ending Balance | | | 0.01 |

| Account: | SAVING |
|---|---|
| Account | 22.40 |

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 0.00 |
| 3487572-7 | 01/26/2024 | 291    -PAYROLL | 0.00 | 1.40 | 1.40 |
| 3487572-9 | 01/26/2024 | 291    -PAYROLL | 0.00 | 7.00 | 8.40 |
| 3488119-9 | 02/02/2024 | 291    -PAYROLL | 0.00 | 7.00 | 15.40 |
| 3489593-12 | 02/13/2024 | 291    -PAYROLL | 0.00 | 7.00 | 22.40 |
| | | Ending Balance | | | 22.40 |



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

*SDI# 091083 1 of 4*

## Report Of Disciplinary Decision:

FILE # **24-002**

1. Prisoner's Name:     **JACKSON, SCOTT**     OBS#    284883     DOB:   ./61
2. 
3. Institution: **Point Mackenzie Correctional Farm**
4. Offense(s) of Conviction:
5. Sentence:
6. Projected Release Date:     **01/21/26**
7. Date & Time of Disciplinary Hearing:    **3/12/2024**    @     **9:30**
8. Rule Infraction(s):    **C7**
9. Date of Infraction:    **02/28/24**
10. Infraction: Major    High Moderate   **xx**   Low Moderate      Minor

11. Committee Decision:    DISMISSED:    GUILTY:   **xx**   NOT GUILTY:    INFORMATION:

12. Committee Members:    **VANDIKE**
      CHAIRPERSON       MEMBER       MEMBER

13. Summary of Prisoner's statement:    Plea:     Guilty     Not Guilty   **x**     No Plea

**Inmate Jackson Pleaded not guilty. He stated that he is prescribed a shot from a doctor in Fairbanks that can cause a positive UA for BUP. He said that he is a recovering heroin and hasn't been doing any drugs.**

14. Summary of Witness Testimony:
     None

15. Summary of adjudication decision: Including reasons, evidence considered and specific facts upon which finding is based:
     I found inmate Jackson Guilty of the C7. I spoke to medical prior to this hearing and they said that he is not

     taking anything that could cause a positive result.

     Inmate Jackson stated that he does not want to appeal my decision.



*Exhbit D-#10*

COPY

DOC, Form 809.04E          Rev. 06/06/17



Scott Jackson

STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

16. Summary of disposition decision: Including reasons, factors considered and specific elements upon which disposition is based.
**Guilty based on report and evidence**

17 Attachments XX YES (Identified Below) ________ NO (Reason(s) Why Not
**Incident Report, supporting report, informational report**

Evidence
**Incident Report**

Report of Witnesses and/or Evidence Disallowed, Limited or Not Called:
NONE

18 The Summary Finding, including the prisoner's intention, or waiver, to appeal the Committee's decision:
**30/15 days loss of good time sis for 180 days**

**Inmate Intends to Appeal** Yes ________ No xx

TELEPHONIC
Prisoner Signature / Printed Name:

Date / Time: 3/12/24 &0937

VANDIKE
Officer Signature / Printed Name:

Date / Time: 3/12/24 &0937

COPY

Exh D-10.1

*Scott Jackson*

## Summary Findings:

OBS# 284883
FILE # 24-002

| Prisoner(s) Name | Infraction(s) Charged |
|---|---|
| JACKSON, SCOTT | 22 AAC 05.400   C7 |

| Date & Time of Disciplinary Hearing | Infraction(s) Guilty of |
|---|---|
| 3/12/2024 | 22 AAC 05.400           C7 |

### Committee / Hearing Officer Finding

Found inmate Jackson Guilty of the c-7. I spoke with medical prior to this hearing and they said that they have no knowledge of anything prescribed to inmate Jackson that would cause a positive result.

### Penalty(s)

30/15 days of loss of standard good time   180 sis

Prisoner's decision regarding appeal rights after the Chairperson/Hearing Officer Describes the appeal rights and process, with the understanding that the penalty(s) may be imposed immediately, if the prisoner waives the right to appeal:

| I intend to appeal. Prisoner's Signature | I do NOT intend to appeal. Prisoner's Signature |
|---|---|
| | |

NOTE: If the prisoner has selected to appeal, he or she should be provided a Disciplinary Appeal form (809.06) at this time.

| Chairperson/Hearing Officer's Signature | Date |
|---|---|
| VANDIKE | 3/12/24 |

D-10.2
Exh

Rev:08/28/17



STATE OF ALASKA — *Scott Jackson*
DEPARTMENT OF CORRECTIONS

# "Impositions Of Sanctions Form"

| TO: | JACKSON, SCOTT | DATE: | 3/12/2024 |
|---|---|---|---|
| Offender#: | 284883 | Institution/Case #: | 24-002 |

**FROM:** VANDIKE

This is to inform you that the sanctions imposed from your Disciplinary Hearing are being enforced:

| | | |
|---|---|---|
| Date of Incident: | 2/28/2024 | |
| Date of Hearing: | 3/12/2024 | |
| Rule Violation: | 22AAC 05.400 | C7 |

**Sanctions:**

30/15 days of loss of standard good time   180 sis
0
0

**Sanctions Begin:**

**Sanctions End:**

You chose not to appeal the decision of the Committee.
You did not submit an appeal within the allotted time.
You have exhausted all departmental levels of appeal.
Expedited: prisoner is scheduled to be released from incarceration before the expiration of the normal administrative appeal time.
Suspended sanctions imposed

| Prisoner's Signature | Printed Name | Date |
|---|---|---|
| Officer's Signature | VANDIKE | 3/12/24 |
| | Printed Name | Date |

RECORDS   *NOTE: Original to be sent to Records when form is completed.
PRISONER
SEGREGATION UNIT / SS (if applicable)
HOUSE OFFICERS (if applicable)
TIME ACCOUNTING OFFICER (if applicable
INMATE ACCOUNTS (if applicable)

COPY

Exh
D-10.3